IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| RFD-TV Events, LLC | § | |
|---|---|---|
| Plaintiff, | § | |
| versus | § | Case No. _____ |
| The Patriot Event, LLC | § | |
| Defendant. | § | |

### INDEX OF STATE COURT DOCUMENTS

Pursuant to the Local Rule 81.1(a)(4) Defendant indexes and identifies the State Court filings as follows:

| Attachment | Date Filed | Document |
|---|---|---|
| Exhibit C-1 | 2/26/2021 | Plaintiff's Original Petition and Application for Injunctive Relief |
| Exhibit C-2 | 2/26/2021 | Temporary Restraining Order |
| Exhibit C-3 | 2/26/2021 | Certification of Counsel |
| Exhibit C-4 | 3/1/2021 | Notice of Appearance |
| Exhibit C-5 | 3/1/2021 | Letter to Clerk Requesting Copy of Issued Citation and TRO Notice |
| Exhibit C-6 | 3/9/2021 | Subpoena |
| Exhibit C-7 | 3/12/2021 | Plaintiff's Brief in Support of Injunction |
| Exhibit C-8 | 3/12/2021 | Plaintiff's Objections to Defendant's Exhibits |
| Exhibit C-9 | 3/16/2021 | Temporary Injunction Order |
| Exhibit C-10 | 3/25/2021 | Defendant's Original Answer |
| Exhibit C-11 | 3/25/2021 | Request for certified Docket Sheet |
| Exhibit C-12 | Pending | Notice of Removal of Civil Action |