FILED
TARRANT COUNTY
2/26/2021 2:44 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 352-323685-21

| | | |
|---|---|---|
| RFD-TV EVENTS, LLC, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ____ JUDICIAL DISTRICT |
| | § | |
| THE PATRIOT EVENT, LLC, | § | |
| | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND FOR TEMPORARY AND PERMANENT INJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RFD-TV EVENTS, LLC, Plaintiff in the above-styled and numbered cause, and files its Original Petition complaining of and against Defendant The Patriot Event, LLC, and Application For Temporary Restraining Order and For Temporary and Permanent Injunction. In support thereof, Plaintiff would respectfully show this Court the following:

### I. DISCOVERY LEVEL

1. Plaintiff intends to conduct discovery in this proceeding under Level 3 as provided by TEX. R. CIV. P. 190.4 and affirmatively pleads that it seeks injunctive relief.

### II. STATEMENT OF RELIEF

2. Although Plaintiff's damages in this action will be difficult to ascertain, and as such, Plaintiff cannot accurately measure its damages at this time, and although Defendant's acts and/or omissions as set forth herein have and will cause imminent and irreparable harm to Plaintiff for which there is no adequate remedy at law and/or which cannot be adequately addressed by monetary damages alone, pursuant to TEX. R. CIV. P. 47, Plaintiff pleads that at the time of the filing of this Petition, it is seeking monetary relief of $250,000 or less and non-monetary relief.

Copy from re:SearchTX

### III.  PARTIES

3.      Plaintiff **RFD-TV Events, LLC**, is a foreign limited liability company registered and authorized to do and doing business in the State of Texas.

4.      Defendant **The Patriot Event, LLC**, is a foreign limited liability company doing business in the State of Texas. **The Patriot Event, LLC may be served with process by and through its Registered Agent, Scott Lwayne Hall, at 797 Hall Rd., Macomb, Missouri 65702, or wherever the Registered Agent may be found**.

### IV.  JURISDICTION & VENUE

5.      Pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a), venue is proper in the District Court of Tarrant County, Texas, because all or a substantial part of the events, acts and/or omissions giving rise to the claims at issue in this proceeding occurred in Tarrant County. The District Court of Tarrant County, Texas, has jurisdiction over the claims at issue in this proceeding because Plaintiff is seeking, in addition to injunctive relief, damages that are within the jurisdictional limits of this Court. This Court has personal jurisdiction over Defendant because, *inter alia*, as more specifically alleged below, Defendant does business in the State of Texas and committed a tort, in whole or in part, in the State of Texas. TEX. CIV. PRAC. & REM. CODE § 17.042(2).

### V.  CONDITIONS PRECEDENT

6.      All conditions precedent with respect to Plaintiff's claims asserted against Defendant have been performed or have occurred, as required by TEX. R. CIV. P. 54.

### VI.  FACTUAL BACKGROUND

#### A.  *The American Rodeo.*

7.      All of the factual allegations set forth herein, *infra*, are supported by (and recited in) the "**Declaration of Gatsby Solheim In Support Of Plaintiff RFD-TV Events, LLC's**

Copy from re:SearchTX

**Application For Temporary Restraining Order And For Temporary and Permanent Injunction**" (the "<u>Solheim Declaration</u>"), a true and correct copy of which is attached hereto as **Exhibit "1"**, and by those business records attached to the Solheim Declaration as **Exhibits "1-A" through "1-N"**.

### A.    *<u>The American Rodeo.</u>*

8.      "The American Rodeo" is an annual rodeo event that began in 2014 and which continued each year thereafter in early March, held at the Dallas Cowboys' AT&T Stadium in Arlington, Texas. Plaintiff RFD-TV Events, LLC, a media and production company, is the sole and exclusive owner, producer, and host of "The American Rodeo" professional rodeo tour; such ownership includes the rights to the trademark "The American Rodeo" and its associated properties. Since 2014, Plaintiff (and its affiliates) have consistently used and marketed its global rodeo event under the name "The American Rodeo" (and its variants).

9.      Each year, "The American Rodeo" rodeo event is sponsored by, *inter alia*, RFD-TV, LLC. "The American Rodeo," promoted by Plaintiff (and its affiliates) as the "***world's richest weekend in Western Sports***," hosts seven (7) distinct traditional rodeo events, to include (1) Bareback Riding; (2) Team Roping; (3) Steer Wrestling; (4) Saddle Bronc Riding; (5) Tie-Down Roping; (6) Barrel Racing; and (7) Bull Riding. The event pays out to its competitors more than $2,000,000.00 in prize money through a series of qualifiers, then "The American Semi-Finals," and, ultimately, the final event, "The American Rodeo." It hosts the top rodeo athletes in the world and often pits them against underdogs who have advanced from "The American Semi-Finals" to battel for the biggest single paycheck of their rodeo lives.

10.      Every March, "The American Rodeo" is attended by thousands of rodeo fans. Throughout its history, Plaintiff (and its affiliates) have expended millions of dollars and countless human resources to continuously develop "The American Rodeo" proof of concept, its

Copy from re:SearchTX

establishment of brand name and recognition in the market place (including by the promotion of the now well-recognized and respected name in competitive rodeo, "The American Rodeo"), and, ultimately, its continuous growth in popularity and ever-increasing fan base in rodeo.

11.     In 2021, "The American Rodeo" will occur on **March 6 and 7, 2021**, with the "The American Semi-Finals" beginning on **February 25, 2021**. The "Top 10 Invitee" rodeo athletes from and as ranked by the 2020 final Professional Rodeo Cowboys Association (the "<u>PRCA</u>") automatically qualify and are invited to compete in the 2021 "The American Rodeo." They will compete against the "Qualifiers," those underdog rodeo athletes who earned the right to compete at the "The American Rodeo" by qualifying at top-quality events around the country and then successfully competing and besting a field of over 500 athletes at a subsequent round of competition at "The American Semifinals."

## B.  *The Licensing Agreement.*

12.     Defendant is a multi-equine production company that produces and promotes team roping, calf roping, barrel racing and mounted shooting events, for all ages.

13.     In or around **January 2018**, Defendant proposed to Plaintiff that it endeavor to produce a "junior" version of "The American Rodeo," to be held in conjunction with the then upcoming "The American Rodeo" to occur in **March 2019**. Upon information and belief, based upon the success of "The American Rodeo," its established fan base, and its esteemed brand and recognition in the competitive rodeo market place, Defendant desired to capitalize upon and utilize such branding in connection with its own development and production of youth rodeo events.  Ultimately, Plaintiff considered authorizing Defendant's use of "The American Rodeo" brand, subject to certain agreed upon terms, conditions, and restrictions.

14.     **Throughout 2018**, Plaintiff and Defendant negotiated the terms of Plaintiff's potential licensing and authorization to Defendant for the use of "The American Rodeo" brand.

Copy from re:SearchTX

15. Ultimately, in **September 2018**, Plaintiff and Defendant executed that certain **Trademark License and Operating Agreement Junior American Rodeo** (the "Agreement"). Pursuant to its terms, Plaintiff granted unto Defendant, *inter alia*, and in connection with Defendant's development and production of youth rodeo events, the limited right to utilize the trademark "**The American Rodeo**" and all associated properties for a finite period of time; in exchange, Defendant agreed to pay to Plaintiff a licensing fee. The Agreement provides, in pertinent part (emphasis added):

> WHEREAS, RFD-TV Events is a media and production company, and the sole and exclusive owner and producer of "THE AMERICAN" professional rodeo tour, ***including the trademark "The American Rodeo" and all associated propertie*s** (the **"Trademark"**).
>
> \*\*\*
>
> ### 1. LICENSED EVENTS
>
> Upon the terms and conditions set forth herein, ***RFD-TV Events grants Patriot and Patriot hereby accepts, for the term of their License, the limited right to utilize the Trademark as part of its youth rodeo event name, namely: The Junior American Rodeo*** (each youth rodeo competition sanctioned and produced by Patriot to occur during the Term of this Agreement as a part of The Junior American Rodeo, and any events occurring during the Term of this Agreement serving as qualifiers for The Junior American Rodeo (the "**Qualifying Events**"), shall be referred to collectively as the "**Licensed Events**").
>
> ### 2. GRANT OF TRADEMARK LICENSE
>
> **A. Grant of License.** Upon the terms and conditions set forth herein, RFD-TV Events hereby grants Patriot and Patriot hereby accepts, for the term of this Agreement the limited right to utilize the Trademark only on and in connection with the Licensed Events and related services, including merchandise, and only so long as the Licensed Events comply with the terms and conditions specified herein.
>
> **B. License Fee.** ***Patriot agrees to pay RFD-TV Events a royalty equal to twenty-five percent (25%) of all entry fees paid by participants of the Licensed Events*** *(the **"License Fee")**.* Within ten (10) days following each Licensed Event, Patriot will provide an accounting to RFD-TV Events describing in reasonable detail all entry fees received by Patriot at the Licensed Event and forward payment of the License Fee from such Licensed Event to RFD-TV Events. RFD-TV Events shall have the right to audit Patriot's books and records as they relate to the subject matter hereof.
>
> **C. Term.** Unless sooner terminated as provided in Section 8, this Agreement ***shall begin on the Effective Date and end after the completion of THE AMERICAN Finals on March 3, 201[9].***[1] At least

---

[1] The Agreement contains a typo; instead of 2018, the parties intended the Agreement to reference year 2019.

Copy from re:SearchTX

thirty (30) days but no more than one hundred eighty (180) days prior to expiration of this Agreement, Patriot may request in writing renewal of this Agreement.

**D. Right of First Refusal.** So long as RFD-TV Events is willing to grant a license for the years 2019 and 2020 to utilize the Trademark in connection with the Licensed Events, RFD-TV Events agrees to grant Patriot a right of first refusal to license the Trademark in connection with the Licensed Events.

\*\*\*

## 4. USE OF TRADEMARKS

A. *Patriot acknowledges and agrees that RFD-TV Events is and shall be the sole and exclusive owner of all copyright, trademark, trade dress, and any other Intellectual Property rights in and to the Film and THE AMERICAN, THE JUNIOR AMERICAN and associated properties* (all of the foregoing collectively, the "RFD-TV Events Intellectual Property"). All use of the RFD-TV Events Intellectual Property in connection with the Events and hereunder shall inure solely to the benefit of RFD-TV Events. Apart from its license rights under this Agreement, Patriot acknowledges and agrees that Patriot does not and shall not acquire any rights whatsoever in and to the RFD-TV Events Intellectual Property by virtue of this Agreement or Patriot's performance of any services in connection with the Licensed Events. For purposes of this Agreement, "Intellectual Property" means any and all tangible and intangible: (i) rights associated with works of authorship, including copyrights, moral rights, neighboring rights, and derivative works thereof, (ii) trademark and trade name rights, (iii) trade secret rights, (iv) patents, design rights, and other industrial property rights, and, (v) all other intellectual property rights (of every kind and nature however designated) whether arising by operation of law, treaty, contract, license, or otherwise, together with all registrations, initial applications, renewals, extensions, continuations, divisions or reissues thereof.

B. Patriot shall use the Trademark only in the manner of a trademark, and only on or in relation to the Licensed Events or in advertising or promotional material for the Licensed Events.

\*\*\*

## 12. MISCELLANEOUS

\*\*\*

F. Each of the Parties hereto agrees that the representations and/or covenants contained in this Agreement are and form a part of the essence of this Agreement; that each representation and/or covenant is reasonable and necessary to protect and preserve the interests, rights and properties of RFD-TV Events; and that irreparable injury, loss and damage will be suffered by RFD-TV Events should Patriot breach any representation and/or covenant. Therefore, each Party specifically agrees, consents and waives objection(s), that, in addition to all the remedies provided at law and/or in equity, each Party shall be entitled to an immediate temporary restraining order and/or temporary, preliminary and/or permanent injunctions to prevent a breach, contemplated breach or continuing breach, without bond or proof of damages, of any of the representations and/or covenants. The existence of any claim, demand, action or causes of action of any nature of any Party against the other

Copy from re:SearchTX

shall not constitute a defense to the enforcement by the other Party of any of the representations and/or covenants and/or agreements herein.

16.    In connection with Defendant's production of its "Junior American Rodeo" and/or its variant the "Jr American Rodeo" (the "Jr American"), Plaintiff created the following **logo** for Defendant's permitted use for the Licensed Events (as that term is defined the Agreement):



17.    In **2019**, Defendant produced and held the Jr American in conjunction with the **2019 "The American Rodeo,"** and did so pursuant to the terms of the Agreement. **Thereafter,** Plaintiff and Defendant renewed the term of the Agreement to extend through the **2020 "The American Rodeo"**.  In **2020**, Defendant produced and held the Jr American in conjunction with the **2020 "The American Rodeo,"** and did so in continuing compliance with the terms of the Agreement. In fact, for years 2019 and 2020, the association went beyond brand licensing; the top ranking rodeo athletes competing at the Jr American would qualify to compete and permitted to participate in "The American Rodeo." And, throughout the term of the Agreement, Defendant used and marketed its Licensed Events by the above-described logo (or a similar logo), all of which were designed with the intention to create such similarity with and to "The American Rodeo" logo so as to promote the Jr American in association with and a part of "The American Rodeo." For example, the following logos are depicted on Defendant's Facebook page:

Copy from re:SearchTX



Compare to "The American Rodeo's" often and long-used logo:

2019 and 2020:



Copy from re:SearchTX

<u>2021</u>:



### C. *The Termination Of Defendant's Licensing Rights.*

18.    In **early 2020**, Defendant inquired of Plaintiff regarding the renewal of the Agreement for the upcoming 2021 rodeo season; however, Plaintiff rejected the proposal due to, *inter alia*, the significant disruption to Plaintiff's (and its affiliates') event calendars as a result of the COVID-19 pandemic.

19.    Consequently, Defendant's license to use the Trademark and authorization to associate itself with "The American Rodeo" as permitted under the terms of the Agreement **terminated upon the completion of "The American Rodeo" Finals on <u>March 8, 2020</u>**. Defendant acknowledged as much on multiple occasions, for example:

- On January 11, 2020, Kevin Hall, representative of Defendant, sent an e-mail to Plaintiff, stating: "*We have paid RMG [parent company to Plaintiff] for* ***the rights to use their logo to brand our Jr American Event***."

- On January 11, 2020, Kevin Hall, representative of Defendant, sent an e-mail to Plaintiff, stating: "*Rfd has no ownership in the Jr American. We currently run youth events, including the Young Guns World Championships and the Jr. American.* ***We license the name from you for branding purposes***."

- On January 21, 2020, Kevin Hall, representative of Defendant, sent an e-mail to Plaintiff, stating: "***Also need clarifying using logo next year to promote events***."

Copy from re:SearchTX

20.    However, despite the expiration of the Agreement and thus the licensing rights previously afforded to Defendant, and thus termination of Defendant's right to use the "Junior American" and/or its variants branding and authorization to associate itself with "The American Rodeo" in connection with Defendant's youth rodeo events in 2021, Defendant used and continues to use the "Junior American" and/or its variants to promote its youth rodeo events, including for its qualifying rounds and finals which are scheduled to occur between **February 26, 2021 and March 6, 2021**, at the Will Rogers Coliseum in Fort Worth, Texas. Recently, Defendant began hosting qualifiers around the country for the "Jr. American Rodeo" to be held commencing **February 26, 2021** in Fort Worth, Texas. "The American Rodeo" will take place on **March 6 and 7, 2021**, with the semi-finals beginning on **February 25, 2021**.

21.    The foregoing facts were brought to Plaintiff's attention in **January 2021**, prompting Plaintiff to view Defendant's website at **americanpatriotevent.com/jr-american-rodeo**. Shockingly, Defendant continues to market its youth rodeo events with the intention and in a manner designed to promote the "Jr American" in association with and apart of "The American Rodeo." On Defendant's Facebook page for the "Junior American Rodeo," it boasts that the Jr American is "***The World's richest youth rodeo in Americas premier cowboy city - Fort Worth, Texas***!," a striking similarity to the "The American Rodeo's" promotion as the "***world's richest weekend in Western Sports***." Defendant uses the following logos/banners:

Copy from re:SearchTX







22.    On or about **January 28, 2021**, Gatsby Solheim, general counsel for Plaintiff, conversed with two (2) of Defendant's representatives, Kevin and Andrea, regarding Defendant's continued marketing of its youth rodeo events in a manner designed to promote the "Jr American" in association with and apart of "The American Rodeo," and, in connection therewith, its continuing use of Plaintiff's Trademarks, "Junior American", "JR AMERICAN,"

Copy from re:SearchTX

and/or it variants (and associated logos), beyond and despite the expiration of the Agreement and the termination of licensing rights thereunder. Defendant failed to cease its actions.

23.    Accordingly, on **February 3, 2021**, Mrs. Solheim sent to Defendant, *inter alia*, that certain **Cease and Desist Letter**, therein seeking Defendant's assurances that it shall immediately cease and desist marketing its youth rodeo events in a manner designed to promote the "Jr American" in association with and a part of "The American Rodeo," and, in connection therewith, cease and desist its continuing use of Plaintiff's Trademarks, including "Junior American", "JR AMERICAN," and/or its variants (and associated logos). Defendant failed to respond and failed to cease its unlawful actions.

## VII.  CAUSES OF ACTION

### COUNT ONE: BREACH OF CONTRACT

24.    Plaintiff re-alleges and incorporates the facts and allegations set forth above as if they were fully set forth herein.

25.    Plaintiff and Defendant are parties to the Agreement as detailed, *supra*, which constitutes a valid and enforceable contract. Plaintiff has fully performed in accordance with its obligations created thereunder.

26.    However, despite Plaintiff's performance of its contractual obligations under the terms of the Agreement, Defendant committed numerous acts and/or omissions in violation of the Agreement, each of which constitutes a material breach of the valid, enforceable Agreement. For example, Defendant used and is currently using the names "Junior American", "JR AMERICAN," and/or its variants and associated logos in relation to, in advertising and in promotional material for events that other than the Licensed Events; and Defendant failed to give notice to Plaintiff of Defendant's "infringements or suspected or threatened infringements, imitations, illegal use or misuse of the Trademark."

Copy from re:SearchTX

27.     Defendant is continuing to use the names "Junior American", "JR AMERICAN," and/or its variants and associated logos, beyond and despite the expiration of the Agreement and the termination of the licensing rights thereunder, and has gone so far as to specifically reference "The American Rodeo" on its website; these acts serve their intended purpose to unlawfully capitalize upon and utilize "The American Rodeo's" recognized branding, established fan base, and esteemed reputation in the competitive rodeo market place, and constitute a material breach of the valid, enforceable Agreement.

28.     Defendant's material breaches of the Agreement have proximately caused damages to Plaintiff for which it now sues, to the fullest extent of the law. Although Plaintiff's damages in this case will be difficult to ascertain, and as such, Plaintiff cannot accurately measure its damages at this time, and although Defendant's acts and/or omissions as set forth herein have and will cause imminent and irreparable harm to Plaintiff, for which there is no adequate remedy at law and/or which cannot be adequately addressed by monetary damages alone, Plaintiff is seeking to recover all actual and consequential damages incurred as a result of Defendant's breach of contract.

29.     Additionally, Plaintiff has retained the law firm of Shamoun & Norman, LLP, to prepare and file this Original Petition and prosecute the claims and relief set forth herein. Pursuant to the Agreement, Plaintiff seeks recovery of all reasonable and necessary attorney's fees incurred in the prosecution of this claim, prejudgment and postjudgment interest at the highest lawful rates, and all taxable costs of court.

### COUNT TWO: UNFAIR COMPETITION/MISAPPROPRIATION

30.     Plaintiff re-alleges and incorporates the facts and allegations set forth above as if they were fully set forth herein.

Copy from re:SearchTX

31. The tort of unfair competition concerns the use of "another's good will with the public to gain a competitive advantage in the market."[2] "[A]ny practice which may mislead customers into believing that the product of the defendant is endorsed by or somehow connected to the plaintiff falls within the parameters of the tort."[3] As another court defined it,

> Unfair competition is a common law tort that occurs when one business entity "palms off" its products as those of another. The determinative question is whether the tortfeasor's practices are likely to mislead customers into believing that the product emanates from or has been endorsed by the claimant.... [T]he test is likelihood of confusion.[4]

32. As shown, *supra*, Defendant utilized Plaintiff's good will with the public to gain a competitive advantage in the market. Defendant's practices, as discussed, *supra*, may mislead customers into believing that the Jr American is endorsed by or somehow connected to Plaintiff and The American Rodeo. Defendant is passing off its product, the Jr American, as the product of Plaintiff. Defendant's practices are likely to mislead customers into believing that the Jr American emanates from or has been endorsed by Plaintiff, resulting in a likelihood of confusion. Defendant's activities have caused and will likely continue to cause confusion or misunderstanding as to the source, sponsorship, or approval of Defendant's goods and has caused and will likely continue to cause persons to mistakenly believe that Defendant is affiliated, connected, or associated with Plaintiff.

33. To prevail on a Texas common law claim for unfair competition, a plaintiff must establish two elements: (1) the plaintiff's trade name has acquired a secondary meaning through usage; and (2) the similarity of the name used by the defendant would be likely to confuse the

---

[2] *Clark v. Dillard's, Inc.*, 460 S.W.3d 714, 725 (Tex. App.—Dallas 2015, no pet.) (citing *Nat'l Bank of Commerce v. Shaklee Corp.*, 503 F.Supp. 533, 541 (W.D.Tex. 1980)).

[3] *Id.*

[4] *Clark v. Dillard's, Inc.*, 460 S.W.3d 714, 725–26 (Tex. App.—Dallas 2015, no pet.) (citing *Ky. Fried Chicken Corp. v. Diversified Packaging Corp.*, 549 F.2d 368, 382 (5th Cir.1977)).

Copy from re:SearchTX

public.[5] The elements of an unfair competition *or* common law misappropriation claim are: (1) the creation of plaintiff's product through extensive time, labor, skill, and money; (2) the defendant's use of that product in competition with the plaintiff, thereby gaining a special advantage in that competition, i.e., a "free ride," because defendant is burdened with little or none of the expense incurred by the plaintiff; and (3) commercial damage to the plaintiff.[6]

34.     As shown, *supra*, Defendant utilized Plaintiff's good will with the public to gain a competitive advantage in the market. Again, Defendant's continuing use of the names "Junior American", "JR AMERICAN," and/or its variants and associated logos, beyond and despite the expiration of the Agreement and the termination of licensing rights thereunder, and then going so far as to specifically reference "The American Rodeo" on its website, serves its intended purpose to wrongfully capitalize upon and utilize "The American Rodeo's" recognized branding, established fan base, and esteemed reputation in the competitive rodeo market place, will undoubtedly lead to and cause irreparable brand confusion amongst the public and diminution of brand value. Defendant is passing off the Jr American rodeo as being associated with and apart of "The American Rodeo," misleading any reasonable observer to believe that such event has been sanctioned and/or endorsed by or is in co-production with "The American Rodeo."

35.     Defendant's acts and/or omissions have caused and will likely continue to cause confusion or misunderstanding as to the source, sponsorship, or approval of Defendant's goods and has caused and will likely continue to cause persons to mistakenly believe that Defendant is affiliated, connected, or associated with Plaintiff, for which Plaintiff now sues. Although Plaintiff's damages in this case will be difficult to ascertain, and as such, Plaintiff cannot accurately measure its damages at this time, and although Defendant's acts and/or omissions as

---

[5] *See Associated Tel. Directory Publishers, Inc. v. Five D's Publ'g Co.*, 849 S.W.2d 894, 898 (Tex. App—Austin 1993, no writ); *Hudgens v. Goen*, 673 S.W.2d 420, 423 (Tex.App.—Fort Worth 1984, writ ref'd n.r.e.).
[6] *BP Auto., L.P. v. RML Waxahachie Dodge, L.L.C.*, 448 S.W.3d 562, 571-72 (Tex. App.—Houston [1st Dist.] 2014, no pet.).

Copy from re:SearchTX

set forth herein have and will cause imminent and irreparable harm to Plaintiff, for which there is no adequate remedy at law and/or which cannot be adequately addressed by monetary damages alone, Plaintiff is seeking to recover all actual and consequential damages incurred as a result of Defendant's wrongful acts and/or omissions as described herein.

### COUNT THREE: COMMON LAW INFRINGEMENT

36.    Plaintiff re-alleges and incorporates the facts and allegations set forth above as if they were fully set forth herein.

37.    To succeed on a common law claim for trade name/mark infringement, the party seeking an injunction must show: (1) the name/mark it seeks to protect is eligible for protection; (2) it is the senior user of the name/mark; (3) there is a likelihood of confusion between its mark and that of its competitor; and (4) the likelihood of confusion will cause irreparable injury for which there is no adequate legal remedy.[7]

38.    "The American Rodeo" and Plaintiff's logos used in connection with "The American Rodeo" are eligible for protection under Texas statute. Plaintiff is the senior user of "The American Rodeo" and Plaintiff has been utilizing such branding, marketing and in connection with "The American Rodeo" since 2014. In fact, since before 2014, Plaintiff (and its affiliates) have expended millions of dollars and countless human resources to continuously develop "The American Rodeo's" proof of concept, its establishment of brand name and recognition in the market place (including by the marketing and promotion of the now well-recognized and respected name in competitive rodeo, "The American Rodeo"), and, ultimately, its continuous growth in popularity and ever-increasing fan base in rodeo competition.

39.    Now, Defendant's continuing use of the names "Junior American", "JR AMERICAN," and/or its variants and associated logos, beyond and despite the expiration of the

---

[7] *All Am. Builders, Inc. v. All Am. Siding of Dallas, Inc.*, 991 S.W.2d 484, 488 (Tex. App.—Fort Worth 1999, no pet.) (citations omitted).

Copy from re:SearchTX

Agreement and the termination of Trademark licensing rights thereunder, and then going so far as to specifically reference "The American Rodeo" on its website, serves its intended purpose to unlawfully capitalize upon and utilize "The American Rodeo's" recognized branding, established fan base, and esteemed reputation in the competitive rodeo market place, will unquestionably lead to and cause irreparable brand confusion amongst the public and diminution of brand value. Defendant is passing off the Jr American rodeo as being associated with and apart of "The American Rodeo," misleading any reasonable observer to believe that such event has been sanctioned and/or endorsed by or is in co-production with "The American Rodeo." In conclusion, there is a likelihood of confusion between The American Rodeo and Defendant's use of the "Junior American Rodeo" or "Jr American Rodeo."

40.    Defendant's acts and/or omissions have caused and will likely continue to cause confusion or misunderstanding as to the source, sponsorship, or approval of Defendant's goods and has caused and will likely continue to cause persons to mistakenly believe that Defendant is affiliated, connected, or associated with Plaintiff, for which Plaintiff now sues. The likelihood of confusion will cause irreparable injury to Plaintiff for which there is no adequate remedy at law. Moreover, although Plaintiff's damages in this case will be difficult to ascertain, and as such, Plaintiff cannot accurately measure its damages at this time, and although Defendant's acts and/or omissions as set forth herein have and will cause imminent and irreparable harm to Plaintiff, for which there is no adequate remedy at law and/or which cannot be adequately addressed by monetary damages alone, Plaintiff is seeking to recover all actual and consequential damages incurred as a result of Defendant's wrongful acts and/or omissions as described herein.

Copy from re:SearchTX

## VIII. APPLICATION FOR TEMPORARY RESTRAINING ORDER AND APPLICATION FOR TEMPORARY AND PERMANENT INJUNCTION

41.     Plaintiff re-alleges and incorporates the facts and allegations set forth above as if they were fully set forth herein.

42.     In Texas, in order to obtain injunctive relief, an applicant must assert and prove: "(1) a cause of action against the defendant; (2) a probable right to the relief sought; and (3) a probable, imminent, and irreparable injury in the interim."[8] With respect to the element of "probable, imminent, and irreparable injury," under Texas law, probable injury includes elements of imminent harm, irreparable injury, and that there exists no adequate remedy at law for damages.[9] TEX. CIV. P. & REM. CODE § 65.011 provides that, "[a] writ of injunction may be granted if: . . . a party performs or is about to perform or is procuring or allowing the performance of an act relating to the subject of pending litigation, in violation of the rights of the applicant, and the act would tend to render the judgment in that litigation ineffectual . . . ."

43.     Pursuant to TEX. R. CIV. P. 680 and TEX. CIV. PRAC. & REM. CODE § 65.011, Plaintiff is entitled to a temporary restraining order, temporary injunction (during the pendency of this case), and permanent injunction because:

> (1) Plaintiff is entitled to the relief demanded and all or part of the relief requires the restraint of some act prejudicial to Plaintiff;
> (2) Defendant is performing and about to perform acts relating to the subject of this Litigation, in violation of the rights of Plaintiff, and the acts would tend to render the judgment in this Litigation ineffectual;
> (3) Plaintiff is entitled to a writ of injunction under the principles of equity and the statutes of this State relating to injunctions; and
> (4) Irreparable injury to Plaintiff's personal and real property rights is threatened, irrespective of any remedy at law.

44.     Herein, Plaintiff has alleged causes of actions against Defendant for breach of contract, unfair competition and misappropriation of trade name, and common law infringement.

---

[8] *Hotze v. Hotze*, 2018 Tex. App. LEXIS 5386, *5, 2018 WL 3431587 (Tex. App.—Houston [1st Dist. July 17, 2018, no pet. h.) (mem. op.) (citing *Butnaru v. Ford Motor Co.*, 84 S.W.3d 198, 204 (Tex. 2002).
[9] *Blackthorne v. Bellush*, 61 S.W.3d 439, 444, (Tex. App.—San Antonio 2001, no pet.).

Copy from re:SearchTX

As demonstrated the Declaration of Gatsby Solheim, attached hereto as **Exhibit "1"**, Plaintiff has demonstrated the following: **(1) a probable right of recovery and likelihood of success on the merits (as established in the Affidavit and herein,** *supra*); **(2) that Plaintiff will suffer imminent, irreparable harm without Court intervention; and (3) that there is no adequate remedy at law**. Therefore, Plaintiff is entitled to a temporary restraining order.

45.    Plaintiff seeks injunctive relief **in order to preserve the status quo of the parties identified herein** – to **preserve the last actual peaceable, noncontested status that preceded the controversy the subject of this litigation** (specifically, the status that preceded Defendant's continuing use of the names "Junior American", "JR AMERICAN," and/or its variants and associated logos, beyond and despite the expiration of the Agreement and the termination of Trademark licensing rights thereunder, that is, the status which preceded Defendant's material breach of the Agreement, unlawful and unfair competition and misappropriation of Plaintiff's trade name, and wrongful infringement and use of Plaintiff's Trademark the subject of the Agreement). **Maintenance of the status quo during the pendency of this suit will not result in <u>any</u> undue harm to Defendant or any other persons**.

46.    Plaintiff is entitled to the relief demanded and all or part of the relief requires the restraint of some act prejudicial to it. Defendant is performing and will continue to perform acts related to the subject of this litigation, in violation of Plaintiff's rights, and the acts would tend to render any judgment in the litigation ineffectual and insufficient. Plaintiff is entitled to a writ of injunction under the principles of equity and the statutes of this State relating to injunctions. Irreparable injury to Plaintiff and its personal and real property the subject of this Application is continuously threatened, irrespective of any remedy at law. **Plaintiff will suffer imminent, irreparable harm without Court intervention**. As demonstrated herein, the harm to Plaintiff is **imminent and irreparable**:

Copy from re:SearchTX

- Defendant has and continues to utilize Plaintiff's good will with the public to gain a competitive advantage in the market.

- Defendant's continuing use of the names "Junior American", "JR AMERICAN," and/or its variants and associated logos, beyond and despite the expiration of the Agreement and the termination of licensing rights thereunder, and then going so far as to specifically reference "The American Rodeo" on its website, serves its intended purpose to wrongfully capitalize upon and utilize "The American Rodeo's" recognized branding, established fan base, and esteemed reputation in the competitive rodeo market place, will undoubtedly lead to and cause irreparable brand confusion amongst the public and diminution and dilution of Plaintiff's brand value.

- Defendant is passing off the Jr American rodeo as being associated with and apart of "The American Rodeo," misleading any reasonable observer to believe that such event has been sanctioned and/or endorsed by or is in co-production with "The American Rodeo."

- There is a significant likelihood of confusion between The American Rodeo and Defendant's use of the "Junior American Rodeo" or "Jr American Rodeo."

- Defendant's acts and/or omissions have caused and will likely continue to cause confusion or misunderstanding as to the source, sponsorship, or approval of Defendant's goods and has caused and will likely continue to cause persons to mistakenly believe that Defendant is affiliated, connected, or associated with Plaintiff, for which Plaintiff now sues.

- The likelihood of confusion will cause irreparable injury to Plaintiff for which there is no adequate remedy at law.

47.    Unless Defendant is ordered to immediately undertake those acts and is temporarily and immediately restrained and enjoined as delineated and requested herein below, Plaintiff will continue to suffer imminent, irreparable harm, for which there is no adequate remedy at law.

48.    Additionally, the terms of the Agreement the subject of this litigation expressly permit this Court's issuance of injunctive relief. The Agreement provides, in pertinent part:

> Each of the Parties hereto agrees that the representations and/or covenants contained in this Agreement are and form a part of the essence of this Agreement; that each representation and/or covenant is reasonable and necessary to protect and preserve the interests, rights and properties of RFD-TV Events; and that **irreparable injury, loss and damage will be suffered by RFD-TV Events should Patriot breach any**

Copy from re:SearchTX

**representation and/or covenant**. Therefore, **each Party specifically agrees, consents and waives objection(s), that, in addition to all the remedies provided at law and/or in equity, each Party shall be entitled to an immediate temporary restraining order and/or temporary, preliminary and/or permanent injunctions to prevent a breach, contemplated breach or continuing breach, without bond or proof of damages, of any of the representations and/or covenants**. The existence of any claim, demand, action or causes of action of any nature of any Party against the other shall not constitute a defense to the enforcement by the other Party of any of the representations and/or covenants and/or agreements herein.

49.     Therefore, Plaintiff respectfully requests the Court to dispense with issuance of a bond and order that Defendant be temporarily and immediately restrained,[10] without hearing, and after notice and hearing, be temporarily enjoined, pending further order of this Court, as follows: **Defendant be ordered to immediately cease and desist from using, including on its social media sites, on its webpage, and/or in any other promotional or marketing materials, the term "Junior American", "Jr American," and/or any other variant thereto or any name confusingly similar thereto, in any form, including as a trademark, logo, banner, service mark, or trade name in connection with any youth rodeo event and any other event owned, produced, hosted, or sponsored by Defendant.**

50.     Plaintiff is willing to post bond.

## IX. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff RFD-TV Events, LLC, respectfully prays that this pleading be received and filed, that the Court immediately grant a temporary restraining order as requested herein, that after notice and hearing, the temporary restraining order be made a temporary injunction (during the pendency of this case), and, upon

---

[10] A TRO's purpose is to restrain a party's action **only until a full evidentiary hearing** on the request for a temporary injunction occurs. *See Del Valle I.S.D. v. Lopez*, 845 S.W.2d 808, 809 (Tex. 1992). TROs can be granted **solely on sworn pleadings or affidavits**. TEX. R. CIV. P. 680. The court **does not make a ruling on the merits** at a temporary restraining order hearing or **decide whether a covenant not to compete is enforceable**. *See Loye v. Travelhost, Inc.*, 156 S.W.3d 615, 619-20 (Tex. App.—Dallas 2004, no pet.) (holding that even at an evidentiary temporary injunction hearing, "the underlying merits of the controversy are not presented" and "the issue of whether the covenant . . . is enforceable must await a final judgment").

Copy from re:SearchTX

final trial, that the Court issue a permanent injunction and enter judgment in favor of Plaintiff and against Defendant for all actual damages as requested herein, interest before and after judgment at the highest legal rates, all reasonable attorneys' fees and all taxable costs of court, and exemplary damages, and such further and additional relief to which Plaintiff may show itself to be justly entitled, at law or equity.

Respectfully Submitted,

**SHAMOUN & NORMAN, LLP**

By:    _/s/ C. Gregory Shamoun_____
**C. GREGORY SHAMOUN**
State Bar No. 18089650
g@snlegal.com
**KEVIN C. MORAN**
State Bar No. 24058006
kmoran@snlegal.com
**BRANDY N. HOGE**
State Bar No. 24078675
bhoge@snlegal.com
**STEPHEN R. TITTLE, JR.**
State Bar No. 24028043
s@snlegal.com
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone: (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS FOR PLAINTIFF**

Copy from re:SearchTX

# Exhibit 1

Copy from re:SearchTX

**DECLARATION OF GATSBY SOLHEIM IN SUPPORT OF PLAINTIFF
RFD-TV EVENTS, LLC'S APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND FOR TEMPORARY AND PERMANENT INJUNCTION**

My name is Gatsby Solheim. My date of birth is November 12, 1987. My address is 929 Hawthorne Avenue, Crete, Nebraska 68333. Pursuant to TEX. CIV. PRAC. & REM. CODE § 132.001, I declare, under penalty of perjury, that the foregoing and following statements are true and correct.

1.  My name is Gatsby Solheim, I am over the age of twenty-one (21) years, have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to make this Declaration in all respects. Except as otherwise specified, I make this Declaration based upon my personal knowledge.

2.  I am licensed as an attorney and counselor at law by the Supreme Court of the State of Nebraska and have practiced law in the State of Nebraska continuously from the year of my licensure, 2018, to the present date. I am also licensed as an attorney and counselor at law by the Supreme Court of the State of Iowa and have been since the year of my licensure, 2017, to the present date (holding an "exempt" license status).

3.  I am General Counsel for RFD-TV Events, LLC, as well as for its affiliates RFD-TV, LLC and Rural media Group, Inc. My primary office primary office address is 17445 Arbor Street, Suite 300, Omaha, Nebraska 68130. I am also a corporate representative of and for RFD-TV Events, LLC (and its affiliates). I am also a custodian of records of and for RFD-TV Events, LLC (and its affiliates). Attached hereto are 74 pages of business records of, for and from RFD-TV Events, LLC (and its affiliates). These said 74 pages of records, including Exhibits "1-A" through "1-N" attached hereto, and which are identified below, are kept by RFD-TV Events, LLC in the regular course of business, and it was in the regular course of business of and for RFD-TV Events, LLC (and its affiliates) for an employee or representative of RFD-TV Events, LLC (and its affiliates), including myself, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto, including Exhibits "1-A" through "1-N", are the original or exact duplicates of the original.

4.  I have personal knowledge that RFD-TV Events, LLC, is a foreign limited liability company registered and authorized to do and doing business in the State of Texas. RFD-TV Events, LLC, is a media and production company and is the sole and exclusive owner, producer, and host of "The American Rodeo" professional rodeo tour; such ownership includes the rights to the trademark name "The American Rodeo" and its associated properties.

5.  "The American Rodeo" is an annual rodeo event that began in 2014 and which continued each year thereafter in early March, held at the Dallas Cowboys' AT&T Stadium in Arlington, Tarrant County, Texas. Since 2014, RFD-TV Events, LLC (and its affiliates)

Page **1** of **13**

Copy from re:SearchTX

have consistently used and marketed its global rodeo event under the name "The American Rodeo" (and its variants).

6.      Each year, "The American Rodeo" rodeo event is sponsored by, *inter alia*, RFD-TV, LLC. "The American Rodeo," promoted by RFD-TV Events, LLC (and its affiliates) as the "*world's richest weekend in Western Sports*," hosts seven (7) distinct traditional rodeo events, to include (1) Bareback Riding; (2) Team Roping; (3) Steer Wrestling; (4) Saddle Bronc Riding; (5) Tie-Down Roping; (6) Barrel Racing; and (7) Bull Riding. The foregoing is reflected on the website of "The American Rodeo" at https://www.americanrodeo.com/ (the "American Website"). True and correct copies of example screenshot images/print outs from the American Website, which have been obtained from the website, are attached hereto as Exhibits "A" and "B", and incorporated herein by reference. As further reflected on the American Website, the event pays out to its competitors more than $2,000,000.00 in prize money through a series of qualifiers, then "The American Semi-Finals," and, ultimately, the final event, "The American Rodeo." As further reflected on the American Website, the event hosts the top rodeo athletes in the world and often pits them against underdogs who have advanced from "The American Semi-Finals" to battel for the biggest single paycheck of their rodeo lives.

7.      Every March, "The American Rodeo" is attended by thousands of rodeo fans. Throughout its history, "The American Rodeo" (and its affiliates) have expended millions of dollars and countless human resources to continuously develop "The American Rodeo" proof of concept, its establishment of brand name and recognition in the market place (including by the promotion of the now well-recognized and respected name in competitive rodeo, "The American Rodeo"), and, ultimately, its continuous growth in popularity and ever-increasing fan base in rodeo.

8.      As further reflected on the American Website, in 2021, "The American Rodeo" will occur on **March 6 and 7, 2021**, with the "The American Semi-Finals" beginning on **February 25, 2021**. The "Top 10 Invitee" rodeo athletes from and as ranked by the 2020 final Professional Rodeo Cowboys Association (the "PRCA") automatically qualify and are invited to compete in the 2021 "The American Rodeo." They will compete against the "Qualifiers," those underdog rodeo athletes who earned the right to compete at the "The American Rodeo" by qualifying at top-quality events around the country and then successfully competing and besting a field of over 500 athletes at a subsequent round of competition at "The American Semifinals."

9.      For the past few years, RFD-TV Events, LLC has maintained a professional relationship with The Patriot Event, LLC. Based upon that relationship and my business dealing with The Patriot Event, LLC, in my capacity as a representative for and on behalf of RFD-TV Events, LLC, I have personal knowledge that The Patriot Event, LLC is a multi-equine production company that produces and promotes team roping, calf roping, barrel racing and mounted shooting events, for all ages.

10.     As a representative for RFD-TV Events, LLC, I have personal knowledge that in or around **January 2018**, The Patriot Event, LLC proposed to RFD-TV Events, LLC that The Patriot Event, LLC endeavor to produce a "junior" version of "The American

Copy from re:SearchTX

Rodeo," to be held in conjunction with the then upcoming "The American Rodeo" to occur in **March 2019**. The aforementioned discussions are reflected in the various e-mails exchanged in **January 2018**, by and between various representatives and/or agents acting on behalf of RFD-TV Events, LLC and "The American Rodeo," on the one hand, and various representatives and/or agents acting on behalf of The Patriot Event, LLC, on the other hand (the "January 2018 E-mails"). True and correct copies of the January 2018 E-mails are attached hereto as Exhibit "C", and incorporated herein by reference.

11.    **Throughout 2018**, various representatives and/or agents acting on behalf of RFD-TV Events, LLC and "The American Rodeo," on the one hand, and various representatives and/or agents acting on behalf of The Patriot Event, LLC, on the one hand, negotiated the terms of RFD-TV Events, LLC's potential licensing and authorization to RFD-TV Events, LLC for the use of "The American Rodeo" brand.

12.    Ultimately, in **September 2018**, RFD-TV Events, LLC and The Patriot Event, LLC executed that certain **Trademark License and Operating Agreement Junior American Rodeo** (the "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit "D", and incorporated herein by reference. Pursuant to its terms, and as reflected in Exhibit "D", RFD-TV Events, LLC granted unto The Patriot Event, LLC, *inter alia*, and in connection with The Patriot Event, LLC's development and production of youth rodeo events, the limited right to utilize the trademark "**The American Rodeo**" and all associated properties for a finite period of time; in exchange, The Patriot Event, LLC agreed to pay to RFD-TV Events, LLC a licensing fee. The Agreement provides, in pertinent part (emphasis added):

> WHEREAS, RFD-TV Events is a media and production company, and the sole and exclusive owner and producer of "THE AMERICAN" professional rodeo tour, *including the trademark "The American Rodeo" and all associated propertie*s (the **"Trademark").**
> \*\*\*
> **1. LICENSED EVENTS**
> Upon the terms and conditions set forth herein, *RFD-TV Events grants Patriot and Patriot hereby accepts, for the term of their License, the limited right to utilize the Trademark as part of its youth rodeo event name, namely: The Junior American Rodeo* (each youth rodeo competition sanctioned and produced by Patriot to occur during the Term of this Agreement as a part of The Junior American Rodeo, and any events occurring during the Term of this Agreement serving as qualifiers for The Junior American Rodeo (the "**Qualifying Events**"), shall be referred to collectively as the "**Licensed Events**").
>
> **2. GRANT OF TRADEMARK LICENSE**
> **A. Grant of License.** Upon the terms and conditions set forth herein, RFD-TV Events hereby grants Patriot and Patriot hereby accepts, for the term of this Agreement the limited right to utilize the Trademark only on and in connection with the Licensed Events and related services, including merchandise, and only so long as the Licensed Events comply with the terms and conditions specified herein.

Copy from re:SearchTX

**B. License Fee.** *Patriot agrees to pay RFD-TV Events a royalty equal to twenty-five percent (25%) of all entry fees paid by participants of the Licensed Events (the "License Fee").* Within ten (10) days following each Licensed Event, Patriot will provide an accounting to RFD-TV Events describing in reasonable detail all entry fees received by Patriot at the Licensed Event and forward payment of the License Fee from such Licensed Event to RFD-TV Events. RFD-TV Events shall have the right to audit Patriot's books and records as they relate to the subject matter hereof.

**C. Term.** Unless sooner terminated as provided in Section 8, this Agreement *shall begin on the Effective Date and end after the completion of THE AMERICAN Finals on March 3, 201[9].*[1] At least thirty (30) days but no more than one hundred eighty (180) days prior to expiration of this Agreement, Patriot may request in writing renewal of this Agreement.

**D. Right of First Refusal.** So long as RFD-TV Events is willing to grant a license for the years 2019 and 2020 to utilize the Trademark in connection with the Licensed Events, RFD-TV Events agrees to grant Patriot a right of first refusal to license the Trademark in connection with the Licensed Events.

\*\*\*

#### 4. USE OF TRADEMARKS

A. *Patriot acknowledges and agrees that RFD-TV Events is and shall be the sole and exclusive owner of all copyright, trademark, trade dress, and any other Intellectual Property rights in and to the Film and THE AMERICAN, THE JUNIOR AMERICAN and associated properties* (all of the foregoing collectively, the "RFD-TV Events Intellectual Property"). All use of the RFD-TV Events Intellectual Property in connection with the Events and hereunder shall inure solely to the benefit of RFD-TV Events. Apart from its license rights under this Agreement, Patriot acknowledges and agrees that Patriot does not and shall not acquire any rights whatsoever in and to the RFD-TV Events Intellectual Property by virtue of this Agreement or Patriot's performance of any services in connection with the Licensed Events. For purposes of this Agreement, "Intellectual Property" means any and all tangible and intangible: (i) rights associated with works of authorship, including copyrights, moral rights, neighboring rights, and derivative works thereof, (ii) trademark and trade name rights, (iii) trade secret rights, (iv) patents, design rights, and other industrial property rights, and, (v) all other intellectual property rights (of every kind and nature however designated) whether arising by operation of law, treaty, contract, license, or otherwise, together with all registrations, initial applications, renewals, extensions, continuations, divisions or reissues thereof.

B. Patriot shall use the Trademark only in the manner of a trademark, and only on or in relation to the Licensed Events or in advertising or promotional material for the Licensed Events.

\*\*\*

---

[1] I have personal knowledge that the Agreement contains a typo; instead of 2018, the parties intended the Agreement to reference year 2019.

Copy from re:SearchTX

## 12. <u>MISCELLANEOUS</u>
***

F. Each of the Parties hereto agrees that the representations and/or covenants contained in this Agreement are and form a part of the essence of this Agreement; that each representation and/or covenant is reasonable and necessary to protect and preserve the interests, rights and properties of RFD-TV Events; and that irreparable injury, loss and damage will be suffered by RFD-TV Events should Patriot breach any representation and/or covenant. Therefore, each Party specifically agrees, consents and waives objection(s), that, in addition to all the remedies provided at law and/or in equity, each Party shall be entitled to an immediate temporary restraining order and/or temporary, preliminary and/or permanent injunctions to prevent a breach, contemplated breach or continuing breach, without bond or proof of damages, of any of the representations and/or covenants. The existence of any claim, demand, action or causes of action of any nature of any Party against the other shall not constitute a defense to the enforcement by the other Party of any of the representations and/or covenants and/or agreements herein.

13.    In connection with The Patriot Event, LLC's production of its "Junior American Rodeo" and/or its variant the "Jr American Rodeo" (the "<u>Jr American</u>"), RFD-TV Events, LLC created the following **logo** for The Patriot Event, LLC's permitted use for the Licensed Events (as that term is defined the Agreement):



A true and correct copy of the e-mail from a representative of RFD-TV Events, LLC, to a representative of The Patriot Event, LLC, regarding delivery of the afore-described logo, dated June 18, 2018, is attached hereto as <u>Exhibit "E"</u>, and incorporated herein by reference.

14.    In **2019**, The Patriot Event, LLC produced and held the Jr American in conjunction with the **2019 "The American Rodeo,"** and did so pursuant to the terms of the Agreement. **Thereafter**, RFD-TV Events, LLC and The Patriot Event, LLC renewed the term of the Agreement to extend through the **2020 "The American Rodeo"**. In **2020**, The Patriot Event, LLC produced and held the Jr American in conjunction with the **2020 "The American Rodeo,"** and did so in continuing compliance with the terms of the Agreement. In fact, for years 2019 and 2020, the association went beyond brand licensing; the top ranking rodeo athletes competing at the Jr American would qualify to compete and permitted to participate in "The American Rodeo." And, throughout the term of the Agreement, The Patriot Event, LLC used and marketed its Licensed Events by the above-described logo (or a similar logo), all of which were presumably designed

Copy from re:SearchTX

with the intention to create such similarity with and to "The American Rodeo" logo so as to promote the Jr American in association with and a part of "The American Rodeo."

15.    For example, the following logos were depicted on The Patriot Event, LLC's Facebook page in 2018 and 2020:



True and correct copies of the foregoing screenshot images/print outs from The Patriot Event, LLC's Facebook page, which have been obtained from its Facebook page, are attached hereto as Exhibit "F", and incorporate herein by reference.

16.    The similarities of The Patriot Event, LLC's marketing materials and logo to that of "The American Rodeo's" often and long-used logo are evident from a comparison of the afore-depicted logos and that which has been used by "The American Rodeo", including in 2019, 2020, and 2021:

Copy from re:SearchTX

2019 and 2020:



2021:



True and correct copies of the foregoing screenshot images/print outs from RFD-TV Events, LLC and "The American Rodeo's" Facebook page, which have been obtained from its Facebook page, are attached hereto as Exhibit "G", and incorporated herein by reference.

17. In **early 2020**, The Patriot Event, LLC inquired of RFD-TV Events, LLC regarding the renewal of the Agreement for the upcoming 2021 rodeo season; however, RFD-TV Events, LLC rejected the proposal due to, *inter alia*, the significant disruption to RFD-TV Events, LLC's (and its affiliates') event calendars as a result of the COVID-19 pandemic. These discussions are reflected in the various e-mails exchanged on **February 3, 2021**, by and between various representatives and/or agents acting on behalf of RFD-TV Events, LLC and "The American Rodeo" (including myself), on the one hand, and

Copy from re:SearchTX

various representatives and/or agents acting on behalf of The Patriot Event, LLC, on the other hand (the "February 3, 2021 E-mails"). True and correct copies of the February 3, 2021 E-mails are attached hereto as Exhibit "M", and incorporated herein by reference.

18.    Consequently, The Patriot Event, LLC's license to use the Trademark and authorization to associate itself with "The American Rodeo" as permitted under the terms of the Agreement **terminated upon the completion of "The American Rodeo" Finals on March 8, 2020**. The Patriot Event, LLC acknowledged as much on multiple occasions, including, for example, in the following correspondences:

- On January 11, 2020, Kevin Hall, representative of The Patriot Event, LLC, sent an e-mail to representatives and/or agents acting on behalf of RFD-TV Events, LLC and "The American Rodeo," stating: "*We have paid RMG [parent company to Plaintiff] for **the rights to use their logo to brand our Jr American Event***" (the "First January 11, 2020 E-mail").

- On January 11, 2020, Kevin Hall, representative of The Patriot Event, LLC, sent an e-mail to representatives and/or agents acting on behalf of RFD-TV Events, LLC and "The American Rodeo," stating: "*Rfd has no ownership in the Jr American. We currently run youth events, including the Young Guns World Championships and the Jr. American. **We license the name from you for branding purposes***" (the "Second January 11, 2020 E-mail").

- On January 21, 2020, Kevin Hall, representative of The Patriot Event, LLC, sent an e-mail to representatives and/or agents acting on behalf of RFD-TV Events, LLC and "The American Rodeo," stating: "***Also need clarifying using logo next year to promote events***" (the "January 21, 2020 E-mail").

True and correct copies of the First January 11, 2020 E-mail, the Second January 11, 2020 E-mail, and the January 21, 2020 E-mail are attached hereto as Exhibits "H", "I", and "J", respectively, and incorporated herein by reference.

19.    However, despite the expiration of the Agreement and thus the licensing rights previously afforded to Defendant, and thus termination of The Patriot Event, LLC's right to use the "Junior American" and/or its variants branding and authorization to associate itself with "The American Rodeo" in connection with The Patriot Event, LLC's youth rodeo events in 2021, The Patriot Event, LLC used and continues to use the "Junior American" and/or its variants to promote its youth rodeo events, including for its qualifying rounds and finals which are scheduled to occur between **February 26, 2021 and March 6, 2021**, at the Will Rogers Coliseum in Fort Worth, Texas. Recently, The Patriot Event, LLC began hosting qualifiers around the country for the "Jr. American Rodeo" to be held commencing **February 26, 2021** in Fort Worth, Texas. "The American Rodeo" will take place on **March 6 and 7, 2021**, with the semi-finals beginning on **February 25, 2021**.

20.    The foregoing facts were brought to RFD-TV Events, LLC's attention, and specifically to my attention, in **January 2021**, prompting RFD-TV Events, LLC to view The Patriot Event, LLC's website at **americanpatriotevent.com/jr-american-rodeo** (the "Patriot

Page 8 of 13

Website"). Shockingly, The Patriot Event, LLC continues to market its youth rodeo events with the intention and in a manner designed to promote the "Jr American" in association with and apart of "The American Rodeo." On The Patriot Event, LLC's Facebook page for the "Junior American Rodeo," it boasts that the Jr American is "***The World's richest youth rodeo in Americas premier cowboy city - Fort Worth, Texas!***," a striking similarity to the "The American Rodeo's" promotion as the "***world's richest weekend in Western Sports***." The Patriot Event, LLC uses the following logos/banners:







True and correct copies of the foregoing screenshot images/print outs from the Patriot Website and The Patriot Event, LLC's 2021 Facebook page, which have been

Copy from re:SearchTX

obtained from the Patriot Website and The Patriot Event, LLC's Facebook page, as well as The Patriot Event, LLC's recent press releases, are attached hereto as Exhibit "K" and "L", respectively, and incorporated herein by reference.

21. On or about **January 28, 2021**, I, as representative and general counsel for, and on behalf of, RFD-TV Events, LLC and "The American Rodeo," conversed with two (2) of The Patriot Event, LLC's representatives, Kevin and Andrea, regarding Patriot Event, LLC's continued marketing of its youth rodeo events in a manner designed to promote the "Jr American" in association with and apart of "The American Rodeo," and, in connection therewith, its continuing use of RFD-TV Events, LLC's Trademarks, "Junior American", "JR AMERICAN," and/or it variants (and associated logos), beyond and despite the expiration of the Agreement and the termination of licensing rights thereunder. Defendant failed to cease its actions.

22. Accordingly, on **February 3, 2021**, I sent to The Patriot Event, LLC, *inter alia*, that certain **Cease and Desist Letter**, therein seeking The Patriot Event, LLC's assurances that it shall immediately cease and desist marketing its youth rodeo events in a manner designed to promote the "Jr American" in association with and a part of "The American Rodeo," and, in connection therewith, cease and desist its continuing use of RFD-TV Events, LLC's Trademarks, including "Junior American", "JR AMERICAN," and/or its variants (and associated logos). These discussions are reflected in the various e-mails exchanged on **February 3, 2021**, by and between various representatives and/or agents acting on behalf of RFD-TV Events, LLC and "The American Rodeo" (including myself), on the one hand, and various representatives and/or agents acting on behalf of The Patriot Event, LLC, on the other hand (the "February 3, 2021 E-mails"). True and correct copies of the February 3, 2021 E-mails are attached hereto as Exhibit "M", and incorporated herein by reference. A true and correct copy of my Cease and Desist Letter is attached hereto as Exhibit "N", and incorporated herein by reference. Again, The Patriot Event, LLC failed to respond and failed to cease its unlawful actions.

23. Despite RFD-TV Events, LLC's performance of its contractual obligations under the terms of the Agreement, The Patriot Event, LLC committed numerous acts and/or omissions in violation of the Agreement. For example, The Patriot Event, LLC, as discussed, *supra*, used and is currently using the names "Junior American", "JR AMERICAN," and/or its variants and associated logos in relation to, in advertising and in promotional material for events that other than the Licensed Events; and The Patriot Event, LLC failed to give notice to RFD-TV Events, LLC of Defendant's "infringements or suspected or threatened infringements, imitations, illegal use or misuse of the Trademark." The Patriot Event, LLC is continuing to use the names "Junior American", "JR AMERICAN," and/or its variants and associated logos, beyond and despite the expiration of the Agreement and the termination of the licensing rights thereunder, and has gone so far as to specifically reference "The American Rodeo" (*see* Exhibit "K") on its website; these acts serve their intended purpose to unlawfully capitalize upon and utilize "The American Rodeo's" recognized branding, established fan base, and esteemed reputation in the competitive rodeo market place. And, on the date of this Declaration, and which has now necessitated this Declaration being submitted in support of requested injunctive relief, The Patriot Event, LLC is indeed using the names "Junior American",

Copy from re:SearchTX

"JR AMERICAN," and/or its variants and associated logos in relation to, in advertising and in promotional material for events that other than the Licensed Events. This has and will undoubtedly lead to and cause irreparable brand confusion amongst the public and diminution of brand value. The Patriot Event, LLC is passing off the Jr American rodeo as being associated with and apart of "The American Rodeo," misleading any reasonable observer to believe that such event has been sanctioned and/or endorsed by or is in co-production with "The American Rodeo."

24. By the facts demonstrated herein, The Patriot Event, LLC has utilized RFD-TV Events, LLC's good will with the public to gain a competitive advantage in the market. The Patriot Event, LLC's practices, as discussed, *supra*, may mislead customers into believing that the Jr American is endorsed by or somehow connected to RFD-TV Events, LLC and "The American Rodeo." The Patriot Event, LLC is passing off its product, the Jr American, as the product of RFD-TV Events, LLC. The Patriot Event, LLC's practices are likely to mislead customers into believing that the Jr American emanates from or has been endorsed by RFD-TV Events, LLC, resulting in a likelihood of confusion. The Patriot Event, LLC's activities have caused and will likely continue to cause confusion or misunderstanding as to the source, sponsorship, or approval of The Patriot Event, LLC's events and has caused and will likely continue to cause persons to mistakenly believe that The Patriot Event, LLC is affiliated, connected, or associated with RFD-TV Events, LLC.

25. The Patriot Event, LLC's violations of the Agreement have proximately caused damages to RFD-TV Events, LLC. However, RFD-TV Events, LLC's damages will be difficult to ascertain, and as such, RFD-TV Events, LLC cannot accurately measure its damages at this time. And, The Patriot Event, LLC's acts and/or omissions as set forth herein have and will cause imminent and irreparable harm to RFD-TV Events, LLC, for which there is no adequate remedy at law and/or which cannot be adequately addressed by monetary damages alone.

26. RFD-TV Events, LLC is entitled to a temporary restraining order, temporary injunction (during the pendency of this case), and permanent injunction because:

    (1) RFD-TV Events, LLC is entitled to the relief demanded and all or part of the relief requires the restraint of some act prejudicial to RFD-TV Events, LLC;

    (2) The Patriot Event, LLC, who shall now be a named Defendant, is performing and about to perform acts relating to the subject of this Litigation, in violation of the rights of RFD-TV Events, LLC and the acts would tend to render the judgment in the litigation ineffectual;

    (3) RFD-TV Events, LLC is entitled to a writ of injunction under the principles of equity and the statutes of this State relating to injunctions; and

    (4) Irreparable injury to RFD-TV Events, LLC's personal and real property rights is threatened, irrespective of any remedy at law.

27. Herein, RFD-TV Events, LLC has demonstrated the following: (1) a probable right of recovery and likelihood of success on the merits; (2) that it will suffer imminent, irreparable harm without Court intervention; and (3) that there is no adequate remedy at law. Therefore, RFD-TV Events, LLC is entitled to a temporary restraining order.

Copy from re:SearchTX

28.   RFD-TV Events, LLC seeks injunctive relief in order to preserve the status quo of the parties identified herein – to preserve the last actual peaceable, noncontested status that preceded the controversy the subject of this litigation (specifically, the status that preceded Defendant's continuing use of the names "Junior American", "JR AMERICAN," and/or its variants and associated logos, beyond and despite the expiration of the Agreement and the termination of Trademark licensing rights thereunder, that is, the status which preceded Defendant's material breach of the Agreement, unlawful and unfair competition and misappropriation of RFD-TV Events, LLC's trade name, and wrongful infringement and use of RFD-TV Events, LLC's Trademark the subject of the Agreement). Maintenance of the status quo during the pendency of this suit will not result in <u>any</u> undue harm to Defendant or any other persons.

29.   RFD-TV Events, LLC is entitled to the relief demanded and all or part of the relief requires the restraint of some act prejudicial to it. Defendant is performing and will continue to perform acts related to the subject of this litigation, in violation of RFD-TV Events, LLC's rights, and the acts would tend to render any judgment in the litigation ineffectual and insufficient. RFD-TV Events, LLC is entitled to a writ of injunction under the principles of equity and the statutes of this State relating to injunctions. Irreparable injury to RFD-TV Events, LLC and its personal and real property the subject of RFD-TV Events, LLC's Application is continuously threatened, irrespective of any remedy at law. RFD-TV Events, LLC will suffer imminent, irreparable harm without Court intervention. As demonstrated herein, the harm to RFD-TV Events, LLC is imminent and irreparable:

- Defendant has and continues to utilize RFD-TV Events, LLC's good will with the public to gain a competitive advantage in the market.

- Defendant's continuing use of the names "Junior American", "JR AMERICAN," and/or its variants and associated logos, beyond and despite the expiration of the Agreement and the termination of licensing rights thereunder, and then going so far as to specifically reference "The American Rodeo" on its website, serves its intended purpose to wrongfully capitalize upon and utilize "The American Rodeo's" recognized branding, established fan base, and esteemed reputation in the competitive rodeo market place, will undoubtedly lead to and cause irreparable brand confusion amongst the public and diminution and dilution of RFD-TV Events, LLC's brand value.

- Defendant is passing off the Jr American rodeo as being associated with and apart of "The American Rodeo," misleading any reasonable observer to believe that such event has been sanctioned and/or endorsed by or is in co-production with "The American Rodeo."

- There is a significant likelihood of confusion between The American Rodeo and Defendant's use of the "Junior American Rodeo" or "Jr American Rodeo."

- Defendant's acts and/or omissions have caused and will likely continue to cause confusion or misunderstanding as to the source, sponsorship, or

Page **12** of 13

Copy from re:SearchTX

approval of Defendant's goods and has caused and will likely continue to cause persons to mistakenly believe that Defendant is affiliated, connected, or associated with RFD-TV Events, LLC.

- The likelihood of confusion will cause irreparable injury to RFD-TV Events, LLC for which there is no adequate remedy at law.

30.    In conclusion, unless Defendant is ordered to immediately undertake those acts and is temporarily and immediately restrained and enjoined as delineated and requested herein below, RFD-TV Events, LLC will continue to suffer imminent, irreparable harm, for which there is no adequate remedy at law.

31.    Therefore, RFD-TV Events, LLC respectfully requests the Court to dispense with issuance of a bond and order that Defendant be temporarily and immediately restrained, without hearing, and after notice and hearing, be temporarily enjoined, pending further order of this Court, as follows: **Defendant be ordered to immediately cease and desist from using, including on its social media sites, on its webpage, and/or in any other promotional or marketing materials, the term "Junior American", "Jr American," and/or any other variant thereto or any name confusingly similar thereto, in any form, including as a trademark, logo, banner, service mark, or trade name in connection with any youth rodeo event and any other event owned, produced, hosted, or sponsored by Defendant**.

Executed in the State of Nebraska, on this 26th day of February, 2021.

_____
Gatsby Solheim

Copy from re:SearchTX

# Exhibit A

Copy from re:SearchTX





# About RFD-TV's The American

RFD-TV's The American is an annual event that occurs each year at the Dallas Cowboys' AT&T Stadium in Arlington, Texas. The American is now "the world's richest weekend in Western Sports" and will pay out $2.35 million through a series of qualifiers, the Semifinals, and the final event, RFD-TV's The American.

The Top 10 from the previous year's final PRCA standings automatically qualify for the next year's American and they are pitted against underdogs who advance from The American Semifinals to battle for the biggest single paycheck of their lives.

# This year, The American Rodeo will take place March 6 and 7, with the Semi-Finals beginning on Feb. 25. (Event Schedule available HERE (https://www.americanrodeo.com/story/43147767/schedule-of-events).)

# AT&T STADIUM INFORMATION

1. All fans and stadium employees will be required to wear a mask at all times (including stadium parking lots), the only exception will be when you are eating or drinking or if under ten years of age.

2. Fans must not come to AT&T Stadium if they are have COVID-19 , COVID-19 symptoms or know they've been exposed to COVID-19. Take your temperature before departing for AT&T Stadium. If you are feeling sick, stay at home.

(https://www.americanrodeo.com/story/43180533/safe-stadium-guidelines-to-prevent-the-spread-of-covid19)

Safe Stadium Guidelines to Prevent the Spread of COVID-19

3. Fans are required to practice social distancing inside and outside of AT&T Stadium, including parking lots, entry queues and seating.

MARCH 6-7, 2021

AT&T STADIUM, ARLINGTON, TX

4. To limit the number of touchpoints between staff and fans on game day, all food, beverage, parking, and retail will become a cashless experience. Major credit and debit cards, as well as mobile pay will be accepted throughout AT&T Stadium.

(/)

5. Staff at concession stands, catering spaces, and all bars will be trained on CDC recommended guidelines, wearing personal protective equipment, following enhanced handwashing procedures and maintaining cleaning and sanitization protocols of food and beverage contact surfaces. All food

Copy from re:SearchTX

items will be served in to-go containers along with pre-packaged disposable ware and condiments.

The American semifinals are held at Cowtown Coliseum in the Historic Fort Worth Stockyards. Approximately 700 contests compete over four days for the chance to advance to THE AMERICAN and to compete for the $1,000,000 side pot. In addition to the competition inside Cowtown Coliseum, fans will be able to enjoy the FanZone in the Historic Fort Worth Stockyards. While there, they can attend concerts, watch demonstrations, enjoy food trucks and much more.

## THE SIDE POT

THE American invites the top rodeo athletes in seven events from the PRCA to compete for a $2.35 million purse in the home of the Dallas Cowboys. Anyone can qualify via the Semifinals. Any contestant who advances from the semis to The American and wins the entire rodeo will split a bonus of $1 million with their fellow cowboys and cowgirls who qualify through the semifinals. Last year, Shad Mayfield (tie-down roping) and Wyatt Casper (saddle bronc riding) each took home an additional $500,000.

## HOW TO QUALIFY FOR THE AMERICAN

There are three ways to qualify for competition in THE AMERICAN:

1. The top contestants in the world receive invitations.
2. A handful of exemptions are also offered to the brightest stars in the sport.
3. Hopeful contestants can pay an entry fee to compete at "qualifiers" throughout the year sanctioned by PRCA, Better Barrel Races and Ultimate Calf Roping. In past years, nearly 4,000 entries competed at 70 qualifying events to make The American Semifinals. Typically, the 700 athletes who qualify for the semifinals are competing for about 40 spots total in The American.

## THE SEMIFINALS

Copy from re:SearchTX

THE AMERICAN Semi-Finals are held at Cowtown Coliseum in the Historic Fort Worth Stockyards. Approximately 700 contests compete over four days for the chance to advance to THE AMERICAN and to compete for the $1,000,000 side pot.

## THE STOCK

Rodeo and bucking bull companies from across the country bring some of their best animal athletes to test the skills of the bareback, saddle bronc and bull riders.

## PAST CHAMPIONS OF THE AMERICAN

Check out this list (https://www.americanrodeo.com/story/43180684/past-champions-of-rfdtvs-the-american) of all the past champions of The American Rodeo, since its inaugural year of 2014.

Contact Us:

Email: vip@thecowboychannel.com (mailto:vip@thecowboychannel.com?subject=THE%20AMERICAN&body=)

Phone: (402) 289-2085

**1 Comment**                                          Sort by   Top



Add a comment...



**Debbie Vaughan**

Please turn music off during the roping slack, can not hear the announcer. Lots of back ground noise. Will be watching all day. Thank you!

Like · Reply · 1d

Facebook Comments Plugin

Copy from re:SearchTX

# TRENDING STORIES



### WHEN AND WHERE TO WATCH ALL OF THE AMERICAN RODEO ACTION AND LIVE RODEO PROGRAMMING
(https://www.americanrodeo.com/story/43405118/when-and-where-

### SAN ANTONIO STOCK SHOW AND RODEO: BRACKET 5 RECAP, HIGHLIGHTS AND PAYOUTS
(https://www.americanrodeo.com/story/43411313/san-antonio-stock-

### FACTS ABOUT THE SEMI-FINALS OF RFD-TV'S THE AMERICAN
(https://www.americanrodeo.com/story/43411948/facts-about-the-
semifinals-of-rfdtvs-the-american)



# LATEST NEWS



### CHEYENNE WIMBERLEY ON RACING IN TIGHT SETUPS AND MAKING SURE YOU HAVE THE RIGHT HORSE
(https://www.americanrodeo.com/story/43412156/cheyenne-
wimberley-on-racing-in-tight-setups-and-making-sure-you-
have-the-right-horse)

### TIE-DOWN ROPING SLACK RESULTS: WHO'S MOVING ON TO THE AMERICAN RODEO SEMI-FINALS
(https://www.americanrodeo.com/story/43414142/tiedown-roping-
slack-results-whos-moving-on-to-the-american-rodeo-
semifinals)

### FACTS ABOUT THE SEMI-FINALS OF RFD-TV'S THE AMERICAN
(https://www.americanrodeo.com/story/43411948/facts-about-the-
semifinals-of-rfdtvs-the-american)

Copy from re:SearchTX

Case 4:21-cv-00458-O    Document 1-5    Filed 03/26/21    Page 43 of 124    PageID 52



**FORT WORTH STOCKYARDS PREPARING FOR RFD-TV'S THE AMERICAN**

(https://www.americanrodeo.com/story/43411778/fort-worth-

### RELIVE THE BULL RIDING AT 2014 AMERICAN RODEO

(https://www.americanrodeo.com/story/43403034/relive-the-bull-
riding-at-2014-american-rodeo)



Copy from re:SearchTX

Copy from re:SearchTX

# Exhibit B

(https://www.americanrodeo.com/story/43180533/safe-stadium-guidelines-to-prevent-the-spread-of-covid19)

## Safe Stadium Guidelines to Prevent the Spread of COVID-19

MARCH 6-7, 2021

AT&T STADIUM  ARLINGTON, TX



(https://twitter/youtube.com/theAmericanRodeo/RFDTVnetwork)       (/)







## Schedule of Events

Below is the Schedule of Events for The American Semi-Finals and The American.

NOTE: All times are Central Time (CT).

# Thursday, February 25th 2021

Copy from re:SearchTX

**9 AM –** TIE DOWN ROPING SLACK ROUND 1 & 2
**(HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE-AMERICAN-SEMI-FINALS/1013759)**

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

**10 AM–6 PM – THE AMERICAN TAILGATE PARTY**

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

**10 AM–6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS**

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

# Friday, February 26th 2021:

**9 AM –** BREAKAWAY SLACK ROUND 1 **(HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE-AMERICAN-SEMI-FINALS/1013760)**

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

**10 AM–6 PM –THE AMERICAN TAILGATE PARTY**

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

**10 AM–6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS**

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

# Saturday, February 27th 2021

**8 AM –** BREAKAWAY SLACK ROUND 2 **(HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE-AMERICAN-SEMI-FINALS/1013761)**

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

Copy from re:SearchTX

## 10 AM—6 PM –THE AMERICAN TAILGATE PARTY

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 10 AM—6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

# Sunday, February 28th 2021

## 9 AM – TEAM ROPING SLACK ROUND 1 & 2
## (HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE-AMERICAN-SEMI-FINALS/1013762)

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

## 10 AM—6 PM –THE AMERICAN TAILGATE PARTY

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 10 AM—6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

## 3 PM – BARREL OPEN ARENA

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

# Monday, March 1st 2021

Copy from re:SearchTX

Case 4:21-cv-00458-O   Document 1-5   Filed 03/26/21   Page 48 of 124   PageID 57

**9 AM – BARRELS LONG GO (HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE–AMERICAN–SEMI–FINALS/1013763)**

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

**10 AM—6 PM –THE AMERICAN TAILGATE PARTY**

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

**10 AM—6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS**

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

**10 AM –STEER WRESTLING ROUNDS 1-2**

1017 ARENA 8901 US-67 ALVARADO, TEXAS

# Tuesday, March 2nd 2021

**9 AM – BARREL BUYBACK (HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE–AMERICAN–SEMI–FINALS/1013764)**

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

**10 AM—6 PM –THE AMERICAN TAILGATE PARTY**

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

**10 AM—6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS**

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

**3 PM – ROUGH STOCK SLACK (HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE–AMERICAN–SEMI–FINALS/1013764)**

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

# Wednesday, March 3, 2021

## 10 AM–6 PM –THE AMERICAN TAILGATE PARTY

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 10 AM–6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

## 2  PM–3 PM – THE AMERICAN RODEO CONTESTANT AUTOGRAPH SESSIONS

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 6  PM – SEMI FINALS PERFORMANCE 1 (HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE-AMERICAN-SEMI-FINALS/1013766)

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

# Thursday, March 4th, 2021

## 10 AM–6 PM –THE AMERICAN TAILGATE PARTY

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 10 AM–6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

## 2 PM–3 PM – THE AMERICAN RODEO CONTESTANT AUTOGRAPH SESSION

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

Copy from re:SearchTX

Case 4:21-cv-00458-O    Document 1-5    Filed 03/26/21    Page 50 of 124    PageID 59

**6 PM – SEMI FINALS PERFORMANCE 2 (HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE-AMERICAN-SEMI-FINALS/1013767)**

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

# Friday, March 5th, 2021

## 10 AM–6 PM –THE AMERICAN TAILGATE PARTY

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 10 AM–6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

## 2 PM–3 PM – THE AMERICAN RODEO CONTESTANT AUTOGRAPH SESSION

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 6 PM – SEMI FINALS PERFORMANCE 3 (HTTPS://TICKETS.STOCKYARDSRODEO.COM/EVENTS/THE-AMERICAN-SEMI-FINALS/1013768)

COWTOWN COLISEUM – 121 E EXCHANGE AVE, FORT WORTH, TX 76164

# Saturday, March 6, 2021

## 10 AM–6 PM –THE AMERICAN TAILGATE PARTY

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 10 AM–6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

Copy from re:SearchTX

Case 4:21-cv-00458-O    Document 1-5    Filed 03/26/21    Page 51 of 124    PageID 60

**6:30 PM – THE AMERICAN LONG GO PERFORMANCE (HTTPS://SEATGEEK.COM/THE-AMERICAN-RODEO-1-TICKETS)**

AT&T STADIUM, ARLINGTON, TX – 1 AT&T WAY, ARLINGTON, TX 76011

# Sunday, March 7, 2021

## 10 AM–6 PM –THE AMERICAN TAILGATE PARTY

THE COWBOY CHANNEL LAWN – 103 E. EXCHANGE AVE, FORT WORTH, TX 76164

## 10 AM–6 PM – COWTOWN MARKETPLACE IN THE STOCKYARDS

THE FORT WORTH STOCKYARDS – 131 E EXCHANGE AVE. FORT WORTH, TX 76164

## 2 PM – THE AMERICAN SHOOT OUT PERFORMANCE (HTTPS://SEATGEEK.COM/THE-AMERICAN-RODEO-1-TICKETS)

AT&T STADIUM, ARLINGTON, TX – 1 AT&T WAY, ARLINGTON, TX 76011

A detailed Semi Finals/Slack schedule is available **HERE (https://THEAMERICAN.images.worldnow.com/library/a3952f62-1c11-486c-a1d0-20bb7e587def.pdf)**.

**1 Comment**                                                   Sort by   Top



Add a comment...



**Rita Rani**
Watch Here:: https://theamericanrodeolivestream.com/

Watch Here:: https://theamericanrodeolivestream.com/
Like · Reply · 21h

Facebook Comments Plugin

# TRENDING STORIES



### WHEN AND WHERE TO WATCH ALL OF THE AMERICAN RODEO ACTION AND LIVE RODEO PROGRAMMING
(https://www.americanrodeo.com/story/43405118/when-and-where-

### SAN ANTONIO STOCK SHOW AND RODEO: BRACKET 5 RECAP, HIGHLIGHTS AND PAYOUTS
(https://www.americanrodeo.com/story/43411313/san-antonio-stock-

### FACTS ABOUT THE SEMI-FINALS OF RFD-TV'S THE AMERICAN
(https://www.americanrodeo.com/story/43411948/facts-about-the-
semifinals-of-rfdtvs-the-american)



# LATEST NEWS

Copy from re:SearchTX

Case 4:21-cv-00458-O   Document 1-5   Filed 03/26/21   Page 53 of 124   PageID 62











### CHEYENNE WIMBERLEY ON RACING IN TIGHT SETUPS AND MAKING SURE YOU HAVE THE RIGHT HORSE

(https://www.americanrodeo.com/story/43412156/cheyenne-wimberley-on-racing-in-tight-setups-and-making-sure-you-have-the-right-horse)

### TIE-DOWN ROPING SLACK RESULTS: WHO'S MOVING ON TO THE AMERICAN RODEO SEMI-FINALS

(https://www.americanrodeo.com/story/43414142/tiedown-roping-slack-results-whos-moving-on-to-the-american-rodeo-semifinals)

### FACTS ABOUT THE SEMI-FINALS OF RFD-TV'S THE AMERICAN

(https://www.americanrodeo.com/story/43411948/facts-about-the-semifinals-of-rfdtvs-the-american)

### FORT WORTH STOCKYARDS PREPARING FOR RFD-TV'S THE AMERICAN

(https://www.americanrodeo.com/story/43411778/fort-worth-stockyards-preparing-for-rfdtvs-the-american)

### RELIVE THE BULL RIDING AT 2014 AMERICAN RODEO

(https://www.americanrodeo.com/story/43403034/relive-the-bull-riding-at-2014-american-rodeo)



Copy from re:SearchTX

# Exhibit C

Copy from re:SearchTX

**To:**      Randy@Majorbob.com[Randy@Majorbob.com]
**Cc:**      Riley Lambert[Riley@rfdtv.com]; Keith Ferguson[keith@dkfsports.com]
**From:**    Kevin and Andrea Hall
**Sent:**    Thur 1/4/2018 5:04:26 PM
**Subject:** Re: Contact

Hi Guys,

I understand we need it to be huge so we can profit from it, it is our plan too manage it to keep from burdening you with it.

The reason we are disappointed is because we know the impact of letting 6 teams in the American could have on our industry, its a true game changer. I do agree we could blow it out much bigger next year but that needs to start now... if we wait it'll be to late again.... We can meet Monday or tues on the Jr American but our commercials need to be running in the next week or so or the impact will be to late. Can they build them and start them asap?

We can impact this industry bigger than its ever seen. Let's make things happen!

On Thu, Jan 4, 2018 at 10:48 AM, Randy Bernard <randy@majorbob.com> wrote:

Kevin,

We just need it to be huge and make money for both of us or why are we both putting the effort into it.



Randy Bernard

1111 17th Ave S

Nashville, TN 37212

719-330-9800

randy@majorbob.com

**From:** Riley Lambert [mailto:Riley@rfdtv.com]
**Sent:** Thursday, January 4, 2018 10:47 AM

Copy from re:SearchTX

**To:** Kevin and Andrea Hall <americanpatriotevent@gmail.com>
**Cc:** Keith Ferguson <keith@dkfsports.com>; Randy@Majorbob.com
**Subject:** Re: Contact

Sorry you're disappointed. Keith has taken over the contract editing from Steve since he has been preoccupied with the everyday struggles of being the CFO of a national television network.

As far as the JR American goes. Let's get a call scheduled with Brittany for you, myself, Keith and Randy for next week. Get something set in stone for the future so that if we are moving forward you can meet your end of the month deadline.

I will get a time set with Brittany and let everyone know.

Thanks

Riley Lambert

Rodeo Manager

RFDTVs The American

On Jan 4, 2018, at 9:46 AM, Kevin and Andrea Hall <americanpatriotevent@gmail.com> wrote:

> Good Morning,
>
> Well shoot, we were hoping to move forward this year, we've spent a lot of time working to make this deal happen... Disappointed to say the least.
>
> Either way we need to reach agreements so we can move forward next month as planned, usually we have a contract in place and are running commercials on your programs by now, it is part of our tradeout?
>
> The reason we wanted to run it this year is to recoup the cost of the American semis arena and facility costs...
>
> We plan to announce the Jr American the last week of this month so we can use this year as the first qualifier.

We have a huge amount of events the next 2 months (including our ropings, Monster truck & Supercross shows) leading up to the American.

I also have a lot pending on the American ropings for next year, do i need to move forward with these facilities, this needs to be adressed now or we will miss the boat... The qualifiying Team ropings left to many teams out this year... We can improve this for the American and the ropers.

What do I need to do to get this contract finalized this week? I will be hard pressed to spend much time on this soon.

With the changes in the USTRC and World Series this is the right time to move forward, but, if we continue to drag our feet it will be to late...

Kevin

On Wed, Jan 3, 2018 at 9:12 PM, Riley Lambert <Riley@rfdtv.com> wrote:

Kevin,

I spoke with Randy about the deadline and what he wanted to do and his response was that he felt we needed to wait until next years American to lower the risk level and make sure that all of the financials were in line for both of us to be able to put on a good show and make some money. I agree with Randy on waiting. It gives us a greater chance of success in the long run and let's us introduce it with enough time to get the right level of participation (same as my thoughts with the JR American).

Just wanted to make sure you had an answer before your deadlines. We can make this really big in 2018-19.

Thanks

Riley Lambert

Rodeo Manager

RFDTVs The American

Copy from re:SearchTX

On Jan 3, 2018, at 3:43 PM, Kevin and Andrea Hall <americanpatriotevent@gmail.com> wrote:

> Perfect, if there's anyway you could at least send confirmation that we can run the #11 I will try and get the ads done tonight? It can be email form until we finalize the contracts???

Sent from my iPhone

On Jan 3, 2018, at 3:28 PM, Keith Ferguson <keith@dkfsports.com> wrote:

> Kevin,
>
> Thank you for this email.  It clarifies our conversation.  I am following up with Randy and Riley to get your answers.
>
> I will get back to you.
>
> Keith Ferguson
>
> CEO
>
> DKF Sports & Entertainment
>
> PO Box 697 | Colorado Springs CO | 80901-0697
>
> Mobile: +1.719.330.2953 | Email: keith@dkfsports.com

**From:** Kevin Hall <kevin@americanpatriotevent.com>
**Sent:** Wednesday, January 3, 2018 1:09:04 PM
**To:** Donald Ferguson; Riley Lambert; Randy Bernard; Kevin and Andrea Hall
**Subject:** Re: Contact

Hi Keith,

We are working on a deadline here...........

First, I need to do a contract for the finale, but would like to include the info for the 2018 season with it, which would name us as the sanctioning body for the American Team Roping. I have multiple facilities wanting to finalize contracts and

deposits....

Need to do contract similar to last year. How many stalls do you
need? Need to include us providing your space
and some help to run the Team Roping Slack.

In order to help with the costs of our staff and facility costs, we
want to include our "**_American 11_**" event where
we run up to a maximum 150 teams (300
ropers) on sat night, we will narrow down to the
top 6 teams at the Patriot and bring the top 6
teams to the American for a 1 head roping. I will
personally guarantee $50,000 to the winning
team on the floor of AT&T. It will take less than 5
minutes and Randy had said he wanted to run
them just before the final 4 American open
teams. I have spoken directly with Randy and
Riley and both said to move forward with it but
i'm hesitant to advertise until I have an
agreement in writing. The objective is to allow
our mass numbers of participants to feel a sense
of ownership in the American, stimulating ticket
sales.... These higher dollar ropers will all
believe they can make it and buy tickets for
every friend and family member they have! I
have spoken to several sponsors and have 2
interested in helping cover the risks of this
event. Riley had me run them by Sean Cassidy
and Sean said there was no conflict with the
sponsors wanting to be involved.

Contract needs to state that the Young Guns World
Championships will be exempted into the
American Semi Finals again.


## _AMERICAN 11_

We will open the entries to the first 100 entered teams at $750
per roper, enter 1x (this allows us to bring as
many as we can to help ticket sales).

The top 15 in each Patriot roping (11,10,9) will recieve direct
invites.

Winning Patriot teams will recieve a free roll into the American
11.

Copy from re:SearchTX

In order to include all amatuer level ropers it will be an 11 handicap roping, #10 teams recieve 1 sec off, #9 - 2 sec off, #8 - 3 sec off.

It will be capped at a 6E roper, this will allow a bold line for amateur ropers. Anyone higher should be trying to qualify into the American. min 21 yrs old (20 & under will be the JR American)

We will need just enough time to run our 6 runs, utilizing the same personnel and setup as in place already, approx 5 minutes or less.

In addition we have proposed an idea to run the 2019 JR American in conjuction with the American. We will assume the risks, manage and run the qualifiers all year and have made agreements with the sanctioning bodies to run seamlessly with the American qualifiers, i.e., BBR, Future Stars, Patriot... IT will be an easy transition for us since we already have the Young guns World Championships in place.  I believe we can, dramatically, increase the participation in the Metro area and hold everyone over for the Rodeo. We will guarantee $100,000 payout.  The JR American would financially give back a percentage into the American $1mil pot if our champions would advance directly to sundays American. Randy seemed to really like this idea and said to move forward quickly to start a stir leading into this years American. I am willing to fly to Nashville if need be in the next week?

Let me know what we can do to get this on our agreement.

Kevin

On Wed, Jan 3, 2018 at 11:16 AM, Donald Ferguson <keith@dkfsports.com> wrote:

Copy from re:SearchTX

Keith Ferguson

CEO

DKF International Sports & Entertainment

"We Produce World Class Events"

Email:  keith@dkfsports.com

+1.719.330.2953

--



Kevin Hall

417-547-3406

www.americanpatriotevent.com

--



Kevin & Andrea Hall

Patriot Founder/Marketing Director

417-547-3406

417-894-7353

www.americanpatriotevent.com

--

Copy from re:SearchTX



Kevin & Andrea Hall
Patriot Founder/Marketing Director
417-547-3406
417-894-7353
www.americanpatriotevent.com

Copy from re:SearchTX

# Exhibit D

Copy from re:SearchTX

**TRADEMARK LICENSE AND OPERATING AGREEMENT**
**JUNIOR AMERICAN RODEO**

This Trademark License and Operating Agreement (the "**Agreement**") is entered into effective as of September \_\_\_, 2018 (the "**Effective Date**") by and between **RFD-TV EVENTS, LLC**, a Nebraska limited liability company ("**RFD-TV Events**"), and **The Patriot Event, LLC**, a Missouri limited liability company ("**Patriot**").

<u>**RECITALS:**</u>

A. WHEREAS, RFD-TV Events is a media and production company, and the sole and exclusive owner and producer of "THE AMERICAN" professional rodeo tour, including the trademark "The American Rodeo" and all associated properties (the "**Trademark**").

B. WHEREAS, Patriot is a multi-equine production company that produces team roping, calf roping, barrel racing and mounted shooting events for all ages.

C. WHEREAS, based on the success of THE AMERICAN, Patriot desires to use the Trademark in connection with the Licensed Events and services related thereto, as described herein, and RFD-TV Events is willing to authorize Patriot's use subject to the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants contained herein, RFD-TV Events and Patriot agree as follows:

1. <u>**LICENSED EVENTS**</u>

Upon the terms and conditions set forth herein, RFD-TV Events grants Patriot and Patriot hereby accepts, for the term of their License, the limited right to utilize the Trademark as part of its youth rodeo event name, namely: The Junior American Rodeo (each youth rodeo competition sanctioned and produced by Patriot to occur during the Term of this Agreement as a part of The Junior American Rodeo, and any events occurring during the Term of this Agreement serving as qualifiers for The Junior American Rodeo (the "**Qualifying Events**"), shall be referred to collectively as the "**Licensed Events**").

2. <u>**GRANT OF TRADEMARK LICENSE**</u>

    A. **Grant of License.** Upon the terms and conditions set forth herein, RFD-TV Events hereby grants Patriot and Patriot hereby accepts, for the term of this Agreement the limited right to utilize the Trademark only on and in connection with the Licensed Events and related services, including merchandise, and only so long as the Licensed Events comply with the terms and conditions specified herein.

    B. **License Fee.** Patriot agrees to pay RFD-TV Events a royalty equal to twenty-five percent (25%) of all entry fees paid by participants of the Licensed Events (the "**License Fee**"). Within ten (10) days following each Licensed Event, Patriot will provide an accounting to RFD-TV Events describing in reasonable detail all entry fees received by Patriot at the Licensed Event and forward payment of the License Fee from such Licensed Event to RFD-TV Events. RFD-TV

1

Copy from re:SearchTX

Events shall have the right to audit Patriot's books and records as they relate to the subject matter hereof.

C. **Term.** Unless sooner terminated as provided in Section 8, this Agreement shall begin on the Effective Date and end after the completion of THE AMERICAN Finals on March 3, 2018. At least thirty (30) days but no more than one hundred eighty (180) days prior to expiration of this Agreement, Patriot may request in writing renewal of this Agreement.

D. **Right of First Refusal.** So long as RFD-TV Events is willing to grant a license for the years 2019 and 2020 to utilize the Trademark in connection with the Licensed Events, RFD-TV Events agrees to grant Patriot a right of first refusal to license the Trademark in connection with the Licensed Events.

3. **DUTIES**

A. RFD-TV Events will be responsible for the following:

   i. Prior to the first Qualifying Event, RFD-TV Events shall provide to Patriot a photograph and publicity consent and release form (the "**Publicity Consent Form**") to be completed by all participants, the participants' parents, officials, staff, volunteers, and any person having any interest in any element of the Licensed Events.

   ii. RFD-TV Events shall include the Patriot logo on pre-event marketing and promotional print and broadcasting materials for THE AMERICAN, in any and all instances where any other sanctioning body for THE AMERICAN is recognized.

   iii. RFD-TV Events shall permit the top two (2) JUNIOR AMERICAN Champions in each event to compete at the Finals of THE AMERICAN Semi-Finals on Friday, March 1, 2018. In the event a JUNIOR AMERICAN Champion advances from THE AMERICAN Semi-Finals to THE AMERICAN Finals, such JUNIOR AMERICAN Champion will be eligible to compete at THE AMERICAN FINALS for the $1 Million side pot.

   iv. RFD-TV Events shall provide three (3) tickets to THE AMERICAN to each JUNIOR AMERICAN Champion at no cost to the JUNIOR AMERICAN Champion.

   v. RFD-TV Events shall permit each JUNIOR AMERICAN Champion who did not advance from THE AMERICAN Semi-Finals to perform at THE AMERICAN Finals as an exhibition.

   vi. RFD-TV Events shall be responsible for presenting gold buckles to JUNIOR AMERICAN Champions on THE AMERICAN stage on March 2, 2018 or March 3, 2018. Patriot shall provide the Gold Buckles to RFD-TV Events, and RFD-TV Events shall reimburse Patriot up to Two Thousand Five Hundred Dollars ($2,500) per buckle for a total cost not to exceed Fifteen Thousand Dollars ($15,000).

Copy from re:SearchTX

B. Patriot will be responsible for the planning, execution, and costs of all Licensed Events. In addition, Patriot will be responsible for the following:

    i. Prior to the first Qualifying Event, Patriot shall provide to RFD-TV a waiver and release of liability form (collectively, the **"Waiver and Release Form"**) to be completed by all participants, the participants' parents, officials, staff, volunteers, and any person having any interest in any element of the Licensed Events. The Waiver and Release Form shall acknowledge that RFD-TV Events is in no way responsible for the Licensed Event and is merely licensing its Trademark to Patriot. RFD-TV Events shall have the right to review and approve the Waiver and Release Form as it relates to this Section.

    ii. Patriot shall include the THE AMERICAN logo on pre-event marketing and promotional print and broadcasting materials for the Licensed Events.

    iii. Patriot shall promulgate official rules to be used at each of the Licensed Events and provide such rules to RFD-TV Events for approval in advance of the first Qualifying Event (such rules upon approval by RFD-TV Events, the **"Official Rules"**). Any application to be completed by the participants shall include the Official Rules, the Publicity Consent Form, and the Waiver and Release Form, and shall require such participants' parents' acknowledgment and agreement to the Official Rules, the Publicity Consent Form, and the Waiver and Release Form. In the event that a participant's parent refuses to acknowledge or agree to any of the foregoing, Patriot shall prohibit such person from participating or competing in the Licensed Event.

    iv. Patriot shall be responsible for all costs of THE JUNIOR AMERICAN, including but not limited to, the cost of any and all payouts and/or prizes to competitors of the Junior American. Patriot shall make any payments to any party or any entity or organization appearing, involved, or having interest in any element of the Licensed Events, and RFD-TV Events shall not be responsible for such payments.

4. <u>**USE OF TRADEMARKS**</u>

A. Patriot acknowledges and agrees that RFD-TV Events is and shall be the sole and exclusive owner of all copyright, trademark, trade dress, and any other Intellectual Property rights in and to the Film and THE AMERICAN, THE JUNIOR AMERICAN and associated properties (all of the foregoing collectively, the **"RFD-TV Events Intellectual Property"**). All use of the RFD-TV Events Intellectual Property in connection with the Events and hereunder shall inure solely to the benefit of RFD-TV Events. Apart from its license rights under this Agreement, Patriot acknowledges and agrees that Patriot does not and shall not acquire any rights whatsoever in and to the RFD-TV Events Intellectual Property by virtue of this Agreement or Patriot's performance of any services in connection with the Licensed Events. For purposes of this Agreement, **"Intellectual Property"** means any and all tangible and intangible: (i) rights associated with works of authorship, including copyrights, moral rights, neighboring rights, and derivative works thereof, (ii) trademark and trade name rights, (iii) trade secret rights, (iv) patents, design rights, and other industrial property rights, and, (v) all other intellectual property rights (of every kind and nature however designated) whether arising by operation of law,

3

Copy from re:SearchTX

treaty, contract, license, or otherwise, together with all registrations, initial applications, renewals, extensions, continuations, divisions or reissues thereof.

B.  Patriot shall use the Trademark only in the manner of a trademark, and only on or in relation to the Licensed Events or in advertising or promotional material for the Licensed Events.

C.  Patriot agrees to promptly give notice to RFD-TV Events of any infringements or suspected or threatened infringements, imitations, illegal use or misuse of the Trademark which come to Patriot's attention. However, patriot shall not at any time take any action in the courts, administrative agencies, or arbitration tribunals to prevent the infringement or imitation, illegal use or misuse of the Trademark, it being clearly understood to Patriot that such action falls wholly within the authority of RFD-TV Events as sole owner of the Trademark. RFD-TV Events may take or may choose not to take all reasonable and appropriate action necessary to prevent infringement, illegal use or misuse of the Trademark as it deems appropriate with no duty of consultation or ratification with or by Patriot.

D.  RFD-TV Events will have sole control and will conduct any action(s) as it deems necessary pursuant to Section 4C above. Patriot undertakes fully and without reservation whatsoever to render to RFD-TV Events all assistance in connection with any matter pertaining to the protection of the Trademark, including, but not limited to furnishing documents, records, files and other information, making available its employees, and executing all necessary documents.

E.  Upon proof of registration from RFD-TV Events, Patriot agrees to acknowledge RFD-TV Events' ownership of the trademark by affixing the TM registration symbol to the mark and stating: "The Junior American Rodeo is a Registered Trademark used under license from RFD-TV Events, LLC."

5.  **BROADCAST RIGHTS**

A.  Without limiting RFD-TV Events' other rights hereunder, Patriot acknowledges and agrees that RFD-TV Events may, in RFD-TV Events' sole discretion, photograph, videotape, film, record sound and/or otherwise record scenes of and at the Licensed Events in any format (collectively, the "**Filmmaking/Broadcasting Activities**," and any production, including without limitation, television programming, radio broadcasts, specials, films, documentaries, webisodes, clips or any other forms of media resulting or derived from the Filmmaking/Broadcasting Activities, whether such Filmmaking/Broadcasting Activities occur at the Events or at other locations, the ("**Film**"). Patriot acknowledges and agrees that RFD-TV Events shall have the exclusive, irrevocable, perpetual, worldwide right and license to use, exhibit, broadcast, distribute, syndicate, transmit and otherwise exploit any and all scenes, likenesses, voices, names or performances, whether in whole or in part, which RFD-TV Events records at and of the Licensed Events via the Filmmaking/Broadcasting Activities, in the Film as well as in connection with any and all rights derived therefrom or ancillary thereto and in any manner and media (whether now known or hereinafter invented) RFD-TV Events sees fit, including without limitation in connection with promotion or publicity efforts. Patriot further acknowledges and agrees that RFD-TV Events shall have the right and license to utilize the Patriot Film and Patriot Intellectual Property, and to the extent Patriot has any rights in third party Film in connection

4

Copy from re:SearchTX

with all of the foregoing, the third party Film ("the **Third Party Film**"). Patriot waives any and all right to inspect or approve the Film or any other recordings made by or on behalf of RFD-TV Events during the course of the Filmmaking/Broadcasting Activities, and waives any and all right to inspect or approve any use of such recordings in the Film or in any other manner. Patriot acknowledges and agrees that all right, title, and interest in all recordings at or of the Licensed Events made by or on behalf of RFD-TV Events as a result of the Filmmaking/Broadcasting Activities and the Film will belong solely and completely to RFD-TV Events, and RFD-TV Events will grant Patriot a license to use such recordings. Patriot also hereby releases RFD-TV Events, its employees and agents and their respective successors from any and all claims Patriot may now or in the future have in connection with the Filmmaking/Broadcasting Activities, the Film, or any other permissions or rights granted herein, including, but not limited to, any claims based on invasion of privacy, publicity or other similar rights, defamation, libel, or slander.  For the avoidance of doubt, Patriot acknowledges and agrees that RFD-TV Events is the sole and exclusive owner of the Film and any and all recordings resulting from Filmmaking/Broadcasting Activities of the Licensed Events. Patriot hereby grants all permission necessary for RFD-TV Events to conduct its Filmmaking/Broadcasting Activities and create and own the Film, and Patriot shall execute such further documents reasonably requested by RFD-TV Events to confirm RFD-TV Events' rights as contemplated herein. RFD-TV Events may freely assign, delegate, and license, in whole or in part, any and all of its rights in and to Filmmaking/Broadcasting Activities and the Film.

B. Patriot is and shall be the sole and exclusive owner of the Patriot Film and all copyright, trademark, trade dress, and any other Intellectual Property rights in and to the Patriot brand ("**Patriot Intellectual Property**").  Except as set forth herein, use of Patriot Intellectual Property in connection with the Licensed Events and hereunder shall inure solely to the benefit of Patriot. RFD-TV Events acknowledges and agrees that RFD-TV Events does not and shall not acquire any rights whatsoever in and to the Patriot Intellectual Property by virtue of this Agreement or RFD-TV Events' ownership of or performance of any services in connection with the Events.

C. Patriot hereby grants RFD-TV Events a non-exclusive, irrevocable, perpetual, royalty free license to use the Patriot Film and Patriot Intellectual Property for any reason, commercial or non-commercial, in connection with the Licensed Events and Film, including without limitation, promoting the Licensed Events and Film.  To the extent that Patriot has any rights in the Third Party Film, Patriot also grants RFD-TV Events a non-exclusive, irrevocable, perpetual, royalty free license to use Third Party Film for any reason, commercial or non-commercial, in connection with the Licensed Events and Film, including without limitation, promoting the Licensed Events and Film. Patriot hereby represents and warrants that it is the sole owner of the Patriot Intellectual Property and that RFD-TV Events' use of the Patriot Intellectual Property in connection with the Licensed Events and Film shall not violate the rights of any third party.

6. <u>**INDEMNIFICATION AND INSURANCE**</u>

A. Patriot hereby indemnifies and agrees to hold RFD-TV Events harmless against any loss, damage or liability, including any costs, attorneys fees and expenses which arise out of or as a result of any actions, suits, claims or demands which may be brought against RFD-TV Events

5

or suffered by RFD-TV Events, by reason of any Licensed Event produced by Patriot in connection with the rights licensed under this Agreement.

B.  Upon the assertion of any claim against a Party to this Agreement by any third party that may give rise to an obligation of the other Party to this Agreement as an indemnitor, the Party seeking indemnification shall promptly notify the indemnitor of the existence of the claim and give the indemnitor a reasonable opportunity to defend and/or settle the claim at its own expense and with counsel of its own selection. An indemnified party shall fully cooperate, at the indemnitor's expense, with the indemnitor in the defense of the claim. An indemnitor shall not make any settlement of any claims, which imposes any obligation or might give rise to liability of the indemnified party without the prior written consent of the indemnified party.

C.  Patriot agrees to maintain, throughout the Term of this Agreement, comprehensive general liability insurance with coverage including bodily injury, property damage and contractual liability from a carrier reasonably satisfactory to RFD-TV Events, providing coverage in an amount not less than $2,000,000 aggregate and $1,000,000 per occurrence. That policy shall include auto liability insurance covering all owned, non-owned and hired vehicles operated by the Party or its agents or employees with a combined single limit of not less than one million dollars ($1,000,000) per accident. Patriot shall furnish to RFD-TV Events copies of certificates of insurance evidencing the insurance required to be maintained hereunder within 10 days of signing this Agreement and thereafter as requested by RFD-TV Events.  The required insurance policy shall name RFD-TV Events as an additional insured.

7.  **REPRESENTATIONS AND WARRANTIES**

Each Party represents and warrants that each has the authority to enter into and perform their respective obligations set forth in this Agreement. Both Parties represent and warrant that they are duly organized entities and in good standing in their respective states of organization, and that the person executing this Agreement is authorized to execute the same on behalf of their respective Party and bind such Party to this Agreement without the need for any further documentation. The Parties represent and warrant that compliance with such obligations will not constitute a violation of any existing applicable laws, rules, regulations, or orders of any governmental body or authority or any agreements to which such Party is a party or by which it is otherwise bound.

8.  **DEFAULT AND TERMINATION**

A.  In the event that Patriot shall breach any provision of this Agreement or shall default in the performance of any of its obligations hereunder, RFD-TV Events may, at its option, terminate this Agreement by giving written notice to Patriot specifying the default and its intention to terminate this Agreement, such termination to be effective thirty days following the giving of such notice unless Patriot shall have cured such breach or default prior to the expiration of such period.

B.  If Patriot discontinues use of the Trademark for a period of six (6) consecutive months or more, this Agreement may be terminated upon written notice by RFD-TV Events.

6

Copy from re:SearchTX

C. If RFD-TV Events discontinues THE AMERICAN professional rodeo tour for a period of one year or more, this Agreement may be terminated upon written notice by RFD-TV Events.

D. In the event a change of control of Patriot occurs, RFD-TV Events may terminate this Agreement by giving written notice to Patriot specifying RFD-TV Events' intention to terminate this Agreement, such termination to be effective thirty days following the giving of such notice. "Change of control" means the sale of all or substantially all of the assets of Patriot; any merger, consolidation or acquisition of Patriot with, by or into another corporation, entity, or person; or any change in the ownership of more than fifty percent of the membership interest of Patriot in one or more related transactions.

E. In the event an involuntary petition is filed against a Party and the same is not dismissed within 60 days, or in the event of insolvency, voluntary bankruptcy or receivership of a Party, then the other Party, at its option, may terminate this Agreement effective immediately upon written notice as provided herein.

F. Neither Party shall be considered in default in the performance of its obligations under this Agreement to the extent that performance of its obligations is prevented or delayed by any cause beyond its reasonable control, including, without limitation, acts of nature; acts or omissions of governmental authorities; strikes, lockouts, or other industrial disturbances; acts of public enemy; wars; acts of terrorism; blockades; riots; civil disturbances; epidemics; floods; hurricanes; tornadoes; and any other similar events, acts or omissions beyond the control of the Parties. If such force majeure results in a delay of any term of this Agreement, the date of delivery or performance of any other obligations of RFD-TV Events hereunder shall be extended. The Party invoking force majeure shall give written notice to the other Party of such intervention.

9. **NOTICES**

All notices which either Party is required or may desire to give the other Party hereunder shall be delivered in person or sent by prepaid overnight courier, with a copy by fax or email as provided, using a nationally known courier service providing confirmation of delivery addressed as follows:

*To PATRIOT*: PO Box 355, Rogersville, MO 65742

*To* RFD-TV Events: 921 Village Square, P.O. Box 866, Gretna, NE 68028

A Party may change the address to which notices to it are to be sent by a notice specifying the new address given to the other Party in accordance with this Section 9. Notices shall be effective as of the date delivered.

10. **ARBITRATION OF DISPUTE; TIME LIMIT TO BRING CLAIM.**

**PATRIOT HEREBY AGREES TO GIVE NOTICE TO RFD-TV EVENTS OF ANY DISPUTE, CLAIM, OR CONTROVERSY ARISING OUT OF OR RELATING TO THIS AGREEMENT, OR THE BREACH, TERMINATION, ENFORCEMENT, INTERPRETATION, OR VALIDITY HEREOF, WITHIN NINETY (90) DAYS OF THE DATE OF THE INCIDENT UPON WHICH SUCH DISPUTE, CLAIM, OR CONTROVERSY**

7

Copy from re:SearchTX

IS BASED. BY FAILURE TO GIVE NOTICE AS HEREIN REQUIRED, PATRIOT FOREVER WAIVES ALL SUCH DISPUTES, CLAIMS, OR CONTROVERSIES. UPON PROPER NOTICE, ANY SUCH DISPUTE, CLAIM, OR CONTROVERSY, INCLUDING A DETERMINATION AS TO THE SCOPE OR APPLICABILITY OF THIS AGREEMENT TO ARBITRATE, SHALL BE BROUGHT WITHIN ONE (1) YEAR OF ITS ACCRUAL (*I.E.*, THE DATE OF ALLEGED INJURY) AND SHALL BE RESOLVED BY SUBMISSION TO ARBITRATION IN THE COUNTY OF DALLAS, STATE OF TEXAS, BEFORE ONE (1) ARBITRATOR WHO SHALL BE A RETIRED JUDGE ADMITTED TO PRACTICE LAW IN THE STATE OF TEXAS. THE ARBITRATION SHALL BE ADMINISTERED BY JAMS, PURSUANT TO ITS COMPREHENSIVE ARBITRATION RULES AND PROCEDURES, AND IN ACCORDANCE WITH THE EXPEDITED PROCEDURES CONTAINED THEREIN. THE ARBITRATOR SHALL FOLLOW ANY APPLICABLE FEDERAL LAW AND TEXAS STATE LAW IN RENDERING AN AWARD. JUDGMENT ON THE AWARD MAY BE ENTERED IN ANY COURT HAVING JURISDICTION OVER THE DISPUTE, CLAIM, OR CONTROVERSY SUBMITTED TO SUCH ARBITRATION. THIS SECTION 10 SHALL NOT PRECLUDE THE PARTIES FROM SEEKING PROVISIONAL REMEDIES IN AID OF ARBITRATION FROM A COURT OF COMPETENT JURISDICTION. FURTHER, THE PARTIES AGREE AND ACKNOWLEDGE THAT THE ARBITRATOR'S DECISION SHALL BE FINAL AND BINDING, TO THE FULLEST EXTENT PERMITTED BY LAW, AND ENFORCEABLE BY ANY COURT HAVING JURISDICTION THEREOF. THE PREVAILING PARTY IN ANY SUCH ARBITRATION SHALL BE ENTITLED TO SUCH PARTY'S REASONABLE ATTORNEYS' FEES INCURRED IN CONNECTION THEREWITH.

11. **CONFIDENTIALITY**

During the Term, each Party (the "**Disclosing Party**") may share with the other Party (the "**Receiving Party**"), proprietary and confidential information including, but not limited to, commercial, promotional, and financial information, information about existing and potential partnerships or relationships, and any other information, including but not limited to, budgets, promotional strategies, industry contacts, notes, letters, memoranda, reports, designs, drawings, charts, illustrations, concepts, programs, development materials, pitch materials, products, and outlines (collectively, the "**Confidential Information**"). Confidential Information does not include information that: (a) was generally available to the public prior to the time of such disclosure, or (b) has been given to the Receiving Party prior to such disclosure by the Disclosing Party, as clearly evidenced by the Receiving Party's preexisting written records, by a third party not known by the Receiving Party to be under any obligation of confidentiality to the Disclosing Party with respect thereto. The Receiving Party agrees that the disclosure of this Confidential Information to any third party would cause substantial and potentially incurable harm to the Disclosing Party. The Receiving Party agrees that it shall hold the Confidential Information in strict confidence, shall use it only for purposes of performing the Receiving Party's obligations hereunder, and shall not disclose any of it except as may be required by law; *provided, however*, that in the event of disclosure required by law, the Receiving Party shall provide the Disclosing Party with prior written notice so that the Disclosing Party may seek a protective order or other appropriate remedy, and the Receiving Party shall exercise reasonable efforts to assist the Disclosing Party in obtaining such order or remedy. It is acknowledged and agreed that these confidentiality provisions shall apply to the employees, agents and representatives of both Parties. This Confidentiality provision expressly survives any expiration or sooner termination of this Agreement.

12. **MISCELLANEOUS**

Copy from re:SearchTX

A.  This Agreement constitutes the Parties' entire understanding of the matters set forth herein and supersedes any prior understanding or agreement between the Parties.

B.  This Agreement may only be modified in a writing signed by the Parties hereto which writing expressly refers to and states that it modifies this Agreement. The Parties shall execute such further documents and perform such further acts as reasonably necessary to confirm their respective rights and obligations hereunder.

C.  No waiver of any breach of this Agreement shall be effective unless made in writing and signed by an authorized representative of the Party to be charged with such a waiver. No waiver of any provision or of any breach of this Agreement shall constitute a waiver of any other provisions or any other or future breach.

D.  In the event that any provision of this Agreement shall be held to be illegal or otherwise unenforceable, such provision shall be severed, and the balance of the Agreement shall continue in full force and effect.

E.  The headings appearing in this Agreement are inserted only as a matter of convenience and are not to be used in interpreting the Agreement.

F.  Each of the Parties hereto agrees that the representations and/or covenants contained in this Agreement are and form a part of the essence of this Agreement; that each representation and/or covenant is reasonable and necessary to protect and preserve the interests, rights and properties of RFD-TV Events; and that irreparable injury, loss and damage will be suffered by RFD-TV Events should Patriot breach any representation and/or covenant. Therefore, each Party specifically agrees, consents and waives objection(s), that, in addition to all the remedies provided at law and/or in equity, each Party shall be entitled to an immediate temporary restraining order and/or temporary, preliminary and/or permanent injunctions to prevent a breach, contemplated breach or continuing breach, without bond or proof of damages, of any of the representations and/or covenants. The existence of any claim, demand, action or causes of action of any nature of any Party against the other shall not constitute a defense to the enforcement by the other Party of any of the representations and/or covenants and/or agreements herein.

G.  In exchange for the promises contained herein and the business opportunities provided to Patriot by RFD-TV Events, Patriot agrees that during the Term of this Agreement and for a period of one year after the expiration or termination of this Agreement or any renewal hereof: (i) Patriot or any entities or individuals associated with Patriot may not, directly or indirectly, induce any person who is or at any time during this Agreement was an employee of RFD-TV Events (and to whom Patriot was introduced or of whom Patriot learned of in the course of this Agreement) to terminate his or her employment with RFD-TV Events; and (ii) Patriot may not, directly or indirectly, hire, interview, retain, or solicit any person who is or at any time during this Agreement was an employee of RFD-TV Events (and to whom Patriot was introduced or of whom Patriot learned of in the course of this Agreement), to work for or with Patriot or any entity or individuals with which Patriot is associated. The Parties agree that the remedies at law for breach of any of the provisions contained in Sections 12 and 13.G of this Agreement may be inadequate and in recognition thereof, the Parties agree that in addition to

9

Copy from re:SearchTX

any other remedy that may be available under the terms of this Agreement or at law or in equity, each Party shall be entitled to injunctive relief to enforce Sections 12 and 13.G of this Agreement and Patriot hereby consents to the issuance of such injunction.

H. In exchange for the promises contained herein and the business opportunities provided to RFD-TV Events by Patriot, RFD-TV Events agrees that during the Term of this Agreement and for a period of one year after the expiration or termination of this Agreement or any renewal hereof:  (i) RFD-TV Events or any entities or individuals associated with RFD-TV Events may not, directly or indirectly, induce any person who is or at any time during this Agreement was an employee of Patriot (and to whom RFD-TV Events was introduced or of whom RFD-TV Events learned of in the course of this Agreement) to terminate his or her employment with Patriot; and (ii) RFD-TV Events may not, directly or indirectly, hire, interview, retain, or solicit any person who is or at any time during this Agreement was an employee of Patriot (and to whom RFD-TV Events was introduced or of whom RFD-TV Events learned of in the course of this Agreement), to work for or with RFD-TV Events or any entity or individuals with which RFD-TV Events is associated.  The Parties agrees that the remedies at law for breach of any of the provisions contained in Sections 12 and 13.G of this Agreement may be inadequate and in recognition thereof, the Parties agree that in addition to any other remedy that may be available under the terms of this Agreement or at law or in equity, each Party shall be entitled to injunctive relief to enforce Sections 12 and 13.G of this Agreement and RFD-TV Events hereby consents to the issuance of such injunction.

I. Patriot shall not assign, transfer, or sublicense this Agreement without RFD-TV Events' prior written consent.  RFD-TV Events may freely assign this Agreement, in whole or in part.  Any assignment, transfer, or sublicense in violation of the preceding sentence shall be null and void and any attempt by Patriot to assign and transfer or sublicense its rights shall result in immediate termination of this Agreement. This Agreement shall be binding upon and shall inure to the benefit of each Party's successors and permitted assigns.

J. Each Party shall be considered an independent contractor, and nothing contained herein shall be construed to create a partnership or joint venture between RFD-TV Events and Patriot. Patriot shall not represent itself as the agent or legal representative of RFD-TV Events for any purpose whatsoever. Neither Party shall have the right, power or authority to obligate or bind the other in any manner whatsoever.

K. This Agreement may be executed in counterparts, each of which shall be deemed an original for all purposes, and when taken together shall constitute one and the same instrument. Signatures transmitted by facsimile, PDF or electronic mail shall be deemed acceptable as originals.

10

Copy from re:SearchTX

ACCEPTED AND AGREED TO:

**PATRIOT**, a Missouri limited liability company

By: Kevin Hall
Its: President

**RFD-TV EVENTS, LLC**, a Nebraska limited liability company

By: Patrick Gottsch
Its: President & CEO

11

Copy from re:SearchTX

# Exhibit E

Copy from re:SearchTX

**Brandy Hoge**

| | |
|---|---|
| **From:** | Keith Ferguson |
| **Sent:** | Monday, June 18, 2018 1:59 PM |
| **To:** | Charlsie Craig;kevin@americanpatriotevent.com;Riley Lambert |
| **Subject:** | Junior American Logo |
| **Attachments:** | JR_AMERICAN_Logo_4C.pdf |

Attached is the Junior American Logo for now.  We will be modifying to include the Patriot in the future but this will do for Wednesday.

**Keith Ferguson** | EVP Western Sports

**RURAL MEDIA GROUP INC.** RFD-TV I COWBOY CHANNEL I RURAL RADIO I RFD-TV The Magazine | C  719.330.2953  | keith@rfdtv.com
www.**RFDTV**.com    www.TheCowboyChannel.com    www.**RURALRADIO147**.com



Copy from re:SearchTX



Copy from re:SearchTX

# Exhibit F

Copy from re:SearchTX







Copy from re:SearchTX



Copy from re:SearchTX

# Exhibit G

Copy from re:SearchTX



Copy from re:SearchTX

Copy from re:SearchTX

# Exhibit H

Copy from re:SearchTX

**Brandy Hoge**

| | |
|---|---|
| **From:** | Kevin and Andrea Hall <americanpatriotevent@gmail.com> |
| **Sent:** | Saturday, January 11, 2020 12:43 PM |
| **To:** | Kevin Hall |
| **Cc:** | Keith Ferguson |
| **Subject:** | FINALE SCHEDULE |
| **Attachments:** | 2020_PATRIOT_FINALE_SCHEDULE_FINAL_1.11.2020.pdf |

I won't take criticism from Anthony, nor any other member, for how I create schedules and conduct business. I can only create so much. The PRCA has delivered zero information to me. This event remains a Jr American Event. I will gladly add their name to it, contingent that we get contracts from RMG. We have paid RMG for the rights to use their logo to brand our Jr American Event. I think that PRCA is confused on who owns and operates this event. We have branded the American all year long and worked 7 days a week doing it. We have given a lot to the American Program with little return. We are running this event the way we have in the past, with the same rules. We will negotiate terms, as we have all discussed-contingent on contracts, in the spring for the 2021 Qualifying Season. Both RMG and PRCA are asking us for a lot this year, and we were the only ones willing to help. I will take no more bullying, no more criticism, no more misrepresentation, and certainly no more copyright. They will be cordial or they will not be allowed to step foot on our grounds.
Here is a revised pdf schedule with minor changes to add Jr NFR representation. I am working on the rough stock schedule now and will send over shortly

--



Kevin & Andrea Hall
Jr American Rodeo
Patriot Event

www.americanpatriotevent.com
www.jramericanrodeo.com

**[This email originated outside of Rural Media Group]**

1

Copy from re:SearchTX

# Exhibit I

Copy from re:SearchTX

**Brandy Hoge**

| | |
|---|---|
| **From:** | Kevin and Andrea Hall <americanpatriotevent@gmail.com> |
| **Sent:** | Saturday, January 11, 2020 3:57 PM |
| **To:** | Keith Ferguson |
| **Cc:** | Kevin Hall |
| **Subject:** | Re: FW: Draft Term Sheet |

We don't need to read any further than paragraph 2.  Rfd has no ownership in the Jr American.  We currently run youth events, including the Young Guns World Championships and the Jr American. We license the name from you for branding purposes.

On Sat, Jan 11, 2020 at 2:11 PM Keith Ferguson <Keith@rfdtv.com> wrote:

---

**From:** Keith Ferguson <Keith@rfdtv.com>
**Date:** Saturday, January 11, 2020 at 2:09 PM
**To:** Kevin Hall <kevin@americanpatriotevent.com>
**Subject:** Draft Term Sheet

Kevin,

Attached is a draft term sheet.  I believe it addresses the items we need to get this agreement finalized.   Gatsby is not available today so I am sending it to you so we can discuss.

We still have some specific items to discuss.

Call me to day for our discussions.

Keith

**Keith Ferguson** | EVP Western Sports

1

Copy from re:SearchTX

**RURAL MEDIA GROUP INC.** RFD-TV I COWBOY CHANNEL I RURAL RADIO I RFD-TV The Magazine | C 719.330.2953 |
keith@rfdtv.com

www.**RFDTV**.com    www.TheCowboyChannel.com    www.**RURALRADIO147**.com



--



Kevin & Andrea Hall
Jr American Rodeo
Patriot Event

www.americanpatriotevent.com
www.jramericanrodeo.com

**[This email originated outside of Rural Media Group]**

Copy from re:SearchTX

# Exhibit J

Copy from re:SearchTX

**Brandy Hoge**

| | |
|---|---|
| **From:** | Kevin and Andrea Hall <americanpatriotevent@gmail.com> |
| **Sent:** | Tuesday, January 21, 2020 9:43 AM |
| **To:** | Keith Ferguson |
| **Subject:** | agenda |

Keith,

In addition
I missed the JR world top 10, we agreed on them

Also need clarifying using logo next year to promote events.

--



Kevin & Andrea Hall
Jr American Rodeo
Patriot Event

www.americanpatriotevent.com
www.jramericanrodeo.com

**[This email originated outside of Rural Media Group]**

1

Copy from re:SearchTX

# Exhibit K

Copy from re:SearchTX

# 2021 JR AMERICAN FINALS



## QUALIFIERS

### 2020-2021 JR AMERICAN QUALIFIER TOUR:

SANCTIONING BODIES TO HOLD 20-25 QUALIFIERS PER DISCIPLINE, COVERING EVERY REGION.

PRODUCERS MAY REQUEST TO HOST A QUALIFIER @ jramericanrodeo@gmail.com
NO FEES TO HOST

## SEMI-FINALS

### 2021 JR AMERICAN QUALIFIERS ADVANCE TO SEMI-FINALS MARCH 4:

- TOP 10 19&UNDER IN ALL JR AMERICAN GLOBAL QUALIFIERS + PATRIOT LAST CHANCE (200+)
- TOP 5 15&UNDER/12&UNDER/#10PT T.R. IN ALL JR AMERICAN GLOBAL QUALIFIERS + PATRIOT LAST CHANCE (200+)

EXEMPTIONS
(ADVANCE TO SEMI-FINALS)
- NHSRA #1-10 CHAMPIONS
- NLBRA #1-10 CHAMPIONS
- JR WORLD #1-10 CHAMPIONS
- NHSR STATE CHAMPIONS

POSSIBLE 350 QUALIFIED CONTESTANTS PER EVENT

*EACH EVENT HELD IN DESIGNATED WILL ROGER'S MEMORIAL CENTER ARENAS MARCH 3-5 2021*

## FINALS

### JR AMERICAN III FINALS MARCH 5, 2021

TOP 15 FROM SEMIS 19&UNDER DIVISIONS ADVANCE TO FINAL PERFORMANCE

TOP 5 FROM SEMIS 15&UNDER, 12&UNDER, and #10pt TEAM ROPING DIVISIONS ADVANCE TO FINAL PERFORMANCE

RODEO PERFORMANCE TO BE HELD FRIDAY, MARCH 5, 2021
WILL ROGERS COLISEUM
FORT WORTH, TX @ 7PM

### JR AMERICAN MEMBERSHIP
**Required for Participation**

$100 covers ALL EVENTS

Purchase Online
jramericanrodeo.com

*AGE REQUIREMENT IS AGE ON DAY OF QUALIFICATION

Copy from re:SearchTX



DISCLAIMER: By making nomination to the 2019 PATRIOT VEGAS, 2020 PATRIOT FORT WORTH, 2020 JR American Rodeo/JR NFR, and/or qualifiers for such event, I hereby agree to abide by any and all rules and conditions set forth for this event, or the changes thereof, as are deemed necessary by The Patriot Event, LLC, JR American/JR NFR Producers and all of its management, including but not limited to: Will Roger's Memorial Center and associated facilities, The Patriot Event, LLC Race The Crane, LLC Jr American Rodeo, LLC Better Barrel Races, LLC Rising Stars, LLC, PFDTV, DMC, DRCA, JR Rodeo, IMBA, and IVRHA. All parties (owners and riders) involved in the PATRIOT EVENTS and/or RFDTV's American Rodeo are responsible for reading the rules and conditions and fully understanding their contents. The Patriot Event, LLC and all of it's managing parties listed above assume no liability to those who have not read the conditions and those having not read these conditions are still held to their contents. In the event of a withdrawal or cancellation, The Patriot contestant(s) fees will be returned by The Patriot Event, LLC. No entry fees from any of The Patriot events may be disputed, post the run, in the event entered.

© 2017 American Patriot Event. All Rights Reserved.

Copy from re:SearchTX





Copy from re:SearchTX

← → C   🔒 americanpatriotevent.com/jr-american-rodeo/



#ROADTOTHEJRAMERICAN

## Upcoming Qualifiers:

| | | | | |
|---|---|---|---|---|
| 01/23/2021 - 01/24/2021 | Team Roping, Calf Roping, Breakaway, Goats | Jr American Wyoming Qualifier | Cheyenne, WY | View Details |
| 01/30/2021 - 01/30/2021 | Team Roping | JR American Team Roping Qualifier | Sulfur, LA | View Details |
| 02/12/2021 - 02/14/2021 | Team Roping, Calf Roping, Breakaway, Steer Wrestling, Goats | North Carolina High School and Jr High Association | Fletcher, NC | View Details |
| 02/12/2021 - 02/13/2021 | Team Roping, Calf Roping, Breakaway, Steer Wrestling, Poles, Goats | YRA JR AMERICAN | GIDDINGS, TX | View Details |
| 02/13/2021 - 02/13/2021 | Calf Roping, Breakaway | JR American Qualifier | PINE BLUFFS, WY | View Details |








Copy from re:SearchTX

# 2021 JR AMERICAN FINALS WEEK SCHEDULE

## * ROUGH STOCK *

### WILL ROGERS COLISEUM - FORT WORTH TX

| | FRIDAY 2/26/2021 | SATURDAY 2/27/2021 | TOP 10 FROM RD 1 & 2 ADVANCE | SUNDAY 2/28/2021 |
|---|---|---|---|---|
| BULL RIDING | ROUND 1 9AM | ROUND 2 9AM | | CHAMPIONSHIP 9AM |
| BAREBACK | ROUND 1 4PM | ROUND 2 4PM | | CHAMPIONSHIP 1PM |
| SADDLE BRONC | ROUND 1 6PM | ROUND 2 6PM | | CHAMPIONSHIP 3PM |

## * TIMED EVENTS *

| John Justin Arena | Will Roger's Coliseum | Watt Arena | Multi-Purpose | Pavilion |
|---|---|---|---|---|
| TEAM ROPING | BARREL RACING | TIE-DOWN/ BREAK AWAY | POLES/GOATS/STEER WRESTLING | TEAM ROPING |
| **MONDAY 3/1/2021** | | | | |
| | CHECK-IN & NUMBER HORSES 8AM-7PM EXHIBITIONS (SEE PATRIOT SCHEDULE) | 12&UNDER TIEDOWN LAST CHANCE 8AM 15&UNDER TIEDOWN LAST CHANCE 12PM | | |
| **TUESDAY 3/2/2021** | | | | |
| | | 15&UNDER GIRLS BREAKAWAY LAST CHANCE 8AM 12&UNDER BREAKAWAY LAST CHANCE 12PM 19&UNDER TIEDOWN LAST CHANCE 4PM | 15&UNDER GOATS Last Chance-3PM | JR AMERICAN STEER WRESTLING LAST CHANCE 4PM |
| **WEDNESDAY 3/3/2021** | | | | |
| MANDATORY CONTESTANT CHECK-IN JOHN JUSTIN SALE ARENA 9AM- 8PM | | | | |
| YOUNG GUNS' WORLD WITH #10 INC 7PM LAST CHANCE JR AMERICAN FOR OPEN AND #10 DIVISIONS | YOUNG GUNS' WORLD LAST CHANCE JR AMERICAN QUALIFIER 9AM | 19&UNDER BREAKAWAY LAST CHANCE 8AM 12&UNDER TIEDOWN SEMIS 5PM 15&UNDER TIEDOWN SEMIS 7PM | 15&UNDER GOATS Semi Finals-1PM | JR AMERICAN STEER WRESTLING Semi-Finals 9AM |
| **THURSDAY 3/4/2021** | | | | |
| JR AMERICAN OPEN 19&UNDER Semi-Finals 8AM JR AMERICAN #10PT 19&UNDER Semi-Finals 9:30AM | JR AMERICAN Semi-Finals 12pm (CAN ROLL TIME TO OPEN) | 15&UNDER GIRLS BREAKAWAY SEMIS 8AM 12&UNDER BREAKAWAY SEMIS 11AM 19&UNDER TIEDOWN SEMIS 2PM | 19&UNDER GIRL GOATS Last Chance-8AM 19&UNDER POLES Last Chance-11AM 19&UNDER GOATS Semi Finals -3PM | |
| **FRIDAY 3/5/2021** | | | | |
| | | 19&UNDER BREAKAWAY SEMIS 8AM | 19&UNDER POLES Semi Finals-8AM 15&UNDER GIRL GOATS Last Chance-1PM | |
| CALCUTTA 4PM JOHN JUSTIN SALE ARENA – JR AMERICAN RODEO – GATES OPEN 6PM – GO TIME 7PM | | | | |
| **SATURDAY 3/6/2021** | | | | |
| | | | FIRST CHANCE 19&UNDER GOATS 9AM FIRST CHANCE 19 &UNDER POLES 2:30PM | YOUNG GUNS' #10.5PT FIRST CHANCE JR AMERICAN 9AM |

*SCHEDULE SUBJECT TO CHANGE

JRAMERICANRODEO.COM
JRAMERICANRODEO@GMAIL.COM
417-350-1252

Copy from re:SearchTX



Copy from re:SearchTX

merican-rodeo/



Copy from re:SearchTX



MEMBERSHIP REGISTRATION FOR JR AMERICAN RODEO

Keep Scrolling Down for Semi-Finals Draw

Copy from re:SearchTX

Copy from re:SearchTX

# Exhibit L



Email or Phone

Password

Log In

Forgot account?

Jr American Rodeo
@junioramericanrodeo

- Home
- Events
- Reviews
- **About**
- Videos
- Photos
- Posts
- Community

Like · Share · Suggest Edits · ···

Learn More · Send Message

## About

Suggest Edits

CONTACT INFO

Call (417) 547-3406

m.me/junioramericanrodeo

info@americanpatriotevent.com

http://www.jramericanrodeo.com

MORE INFO

About

The World's richest youth rodeo in Americas premier cowboy city - Fort Worth, Texas!

Rodeo · Sports Event

English (US) Español Français (France) 中文(简体) العربية Português (Brasil) 한국어 Italiano Deutsch हिन्दी 日本語 +

Sign Up Log In Messenger Facebook Lite Watch People Pages Page Categories Places Games Locations Marketplace Facebook Pay Groups Jobs Oculus Portal Instagram Local Fundraisers Services Voting Information Center About Create Ad Create Page Developers Careers Privacy Cookies Ad Choices Terms Help

Facebook © 2021

Copy from re:SearchTX

# Exhibit M

Copy from re:SearchTX

**To:**      americanpatriotevent@gmail.com[americanpatriotevent@gmail.com]
**Cc:**      PatrickAOL[rfdpatrick@aol.com]; Randy@Majorbob.com[Randy@Majorbob.com]; Dirk
Webb[dirk@thecowboychannel.com]
**From:**    Gatsby Solheim
**Sent:**    Wed 2/3/2021 6:05:25 PM
**Subject:** The Junior American
20210203 - Cease and Desist LTR.pdf
Trademark License and Operating Agreement Junior American Rodeo Sept 2018.pdf
Website Capture 1.PNG
Website Capture 2.PNG
Website Capture 3.PNG
Jr American Press Release.jpg

Kevin & Andrea,

We reviewed your proposal to run a side-pot at your youth rodeo event this year, as well as manage semi-finals stalls for our Semi-Finals contestants. As Dirk has already stated, we do not require any stall management services as we do not provide or pay for stalls for any of our contestants—this obligation rests solely with the contestants. We also are not interested in a side-pot at your youth rodeo event in March 2021.

As I mentioned to you in April/May 2020 when you asked about renewing our Agreement for the Jr. American, we rejected your proposal as were not prepared to commit to anything at that time due to COVID-19 causing significant disruption to our events calendar. Despite our clear answer that we were not interested in moving forward with the Jr. American for 2021, you began hosting qualifiers around the country for the "Jr. American Rodeo" to be held February 26-March 6, 2021 in Ft. Worth, Texas. Your use of the name "Jr. American" in connection with a rodeo event is a clear breach of our Trademark License and Operating Agreement (attached) and willful infringement under the law.

As I have told you on multiple occasions, you have every right to host a youth rodeo event but you do not have the right to call it the "Junior American" or anything confusingly similar. You must immediately change the name of your youth rodeo event so that there is no confusion to consumers as to who is responsible for the event. You must also assign any trademark you have filed with the USPTO to RFD-TV Events LLC.

We are open to discussing a renewed partnership with you after the conclusion of the 2021 American Rodeo, but before we do so, we must have assurances that you will respect our intellectual property rights. Attached is a formal Cease and Desist Letter and attachments that show your infringing use of our mark. You or your attorney are welcome to contact me with any questions.

**Gatsby Gottsch Solheim** | General Counsel

**RURAL MEDIA GROUP INC.** RFD-TV I COWBOY CHANNEL I RURAL RADIO I RFD-TV The Magazine
17445 Arbor Street, Ste 300, Omaha, NE 68130
C 402-305-7325 | www.RFDTV.com  www.TheCowboyChannel.com  www.RURALRADIO147.com

Copy from re:SearchTX



**CONFIDENTIAL, FOR DESIGNATED RECIPIENTS ONLY:** The preceding e-mail message (including any attachments) contains information that may be confidential, privileged, or non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful. **DISCLAIMER OF ELECTRONIC TRANSACTION:** This communication does not reflect an intention by the sender to conduct a transaction or make any agreement by electronic means. Nothing contained herein shall constitute an electronic signature or a contract under any law, rule or regulation applicable to electronic transactions. - *Reduce your footprint- Please don't print this e-mail unless necessary.*



February 3, 2021

The Patriot Event LLC
PO Box 355
Rogersville, MO 65742
via email to americanpatriotevent@gmail.com

Re: Willful Infringement of RFD-TV Events, LLC's Mark "Junior American"

Kevin & Andrea:

As discussed on our phone call on January 28th, I am writing you regarding your continued infringement of our trademark "Junior American." Our attention was recently directed to your website, located at americanpatriotevent.com/jr-american-rodeo, wherein it is clear that have adopted the name "Junior American" in connection with your youth rodeo event. In accordance with the Trademark License and Operating Agreement signed September 2018 (the "**Trademark License Agreement**"), your license to use such name terminated after the completion of THE AMERICAN Finals on March 8, 2020.

As you are well aware, the Trademark License Agreement clearly and unambiguously identifies the "Junior American" as the Intellectual Property of RFD-TV Events, LLC. Section 4 states "Patriot acknowledges and agrees that RFD-TV Events is and shall be the sole and exclusive owner of all copyright, trademark, trade dress, and any other Intellectual Property rights in and to the Film and THE AMERICAN, THE JUNIOR AMERICAN and associated properties (all of the foregoing collectively, the "RFD-TV Events Intellectual Property"). All use of the RFD-TV Events Intellectual Property in connection with the Events hereunder shall inure solely to the benefit of RFD-TV Events. Apart from its license rights under this Agreement, Patriot acknowledges and agrees that patriot does not and shall not acquire any rights whatsoever in and to the RFD-TV Events Intellectual Property by virtue of this Agreement or Patriot's performance of any services in connection with the Licensed Events."

We are greatly concerned by your use of our mark "The Junior American". Consumers are likely to erroneously assume that your company is somehow affiliated with or sponsored by RFD-TV's The American Rodeo. In fact, you admitted on our phone call that the intent behind hosting the youth event during The American Rodeo Semi-Finals in Ft. Worth, Texas was to connect your event to RFD-TV's event, capitalizing on the millions of dollars we have spent on marketing The American Rodeo to the country. We view this mark as a valuable asset and will protect it to the fullest extent allowable by law. **While we are prepared to take aggressive action in connection with your unauthorized use of The Junior American Mark, we are writing in an effort to first resolve this matter amicably.** Therefore, we seek your assurances that you will:

---

   CHANNEL 147 (SiriusXM)

RURAL MEDIA GROUP • 17445 Arbor St • Suite 300 • Omaha, NE 68130 • 402.289.2085
RFD-TV • 49 Music Square West Suite 301 • Nashville, TN 37203 • 615.227.9292
THE COWBOY CHANNEL • 130 E. Exchange Ave • Fort Worth, TX 76164 • 817.989.2727

Copy from re:SearchTX



1. Immediately cease and desist from using "Junior American", or anything confusingly similar thereto, as a trademark, service mark or trade name in connection with the youth rodeo event;

2. Fully cooperate in arranging for the assignment of any registration in and to the name Junior American to RFD-TV Events LLC.

Should you fail to respond to this letter and extend your cooperation by complying with the requests outlined above within ten (10) days after your receipt hereof, we will take action with respect to your unauthorized use without further notice to you. This may include the filing of an action against you for injunctive relief, money damages, costs and attorneys' fees under 15 U.S.C. 1116, 1117.

Sincerely,

Gatsby Gottsch Solheim

   CHANNEL 147 ((SiriusXM))

RURAL MEDIA GROUP • 17445 Arbor St • Suite 300 • Omaha, NE 68130 • 402.289.2085
RFD-TV • 49 Music Square West Suite 301 • Nashville, TN 37203 • 615.227.9292
THE COWBOY CHANNEL • 130 E. Exchange Ave • Fort Worth, TX 76164 • 817.989.2727

Copy from re:SearchTX

## TRADEMARK LICENSE AND OPERATING AGREEMENT
## JUNIOR AMERICAN RODEO

This Trademark License and Operating Agreement (the "**Agreement**") is entered into effective as of September ____, 2018 (the "**Effective Date**") by and between **RFD-TV EVENTS, LLC**, a Nebraska limited liability company ("**RFD-TV Events**"), and **The Patriot Event, LLC**, a Missouri limited liability company ("**Patriot**").

### RECITALS:

A.   WHEREAS, RFD-TV Events is a media and production company, and the sole and exclusive owner and producer of "THE AMERICAN" professional rodeo tour, including the trademark "The American Rodeo" and all associated properties (the "**Trademark**").

B.   WHEREAS, Patriot is a multi-equine production company that produces team roping, calf roping, barrel racing and mounted shooting events for all ages.

C.   WHEREAS, based on the success of THE AMERICAN, Patriot desires to use the Trademark in connection with the Licensed Events and services related thereto, as described herein, and RFD-TV Events is willing to authorize Patriot's use subject to the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants contained herein, RFD-TV Events and Patriot agree as follows:

1.   **LICENSED EVENTS**

Upon the terms and conditions set forth herein, RFD-TV Events grants Patriot and Patriot hereby accepts, for the term of their License, the limited right to utilize the Trademark as part of its youth rodeo event name, namely: The Junior American Rodeo (each youth rodeo competition sanctioned and produced by Patriot to occur during the Term of this Agreement as a part of The Junior American Rodeo, and any events occurring during the Term of this Agreement serving as qualifiers for The Junior American Rodeo (the "**Qualifying Events**"), shall be referred to collectively as the "**Licensed Events**").

2.   **GRANT OF TRADEMARK LICENSE**

   A.   **Grant of License.** Upon the terms and conditions set forth herein, RFD-TV Events hereby grants Patriot and Patriot hereby accepts, for the term of this Agreement the limited right to utilize the Trademark only on and in connection with the Licensed Events and related services, including merchandise, and only so long as the Licensed Events comply with the terms and conditions specified herein.

   B.   **License Fee.** Patriot agrees to pay RFD-TV Events a royalty equal to twenty-five percent (25%) of all entry fees paid by participants of the Licensed Events (the "**License Fee**"). Within ten (10) days following each Licensed Event, Patriot will provide an accounting to RFD-TV Events describing in reasonable detail all entry fees received by Patriot at the Licensed Event and forward payment of the License Fee from such Licensed Event to RFD-TV Events. RFD-TV

1

Copy from re:SearchTX

Events shall have the right to audit Patriot's books and records as they relate to the subject matter hereof.

C. **Term.** Unless sooner terminated as provided in Section 8, this Agreement shall begin on the Effective Date and end after the completion of THE AMERICAN Finals on March 3, 2018. At least thirty (30) days but no more than one hundred eighty (180) days prior to expiration of this Agreement, Patriot may request in writing renewal of this Agreement.

D. **Right of First Refusal.** So long as RFD-TV Events is willing to grant a license for the years 2019 and 2020 to utilize the Trademark in connection with the Licensed Events, RFD-TV Events agrees to grant Patriot a right of first refusal to license the Trademark in connection with the Licensed Events.

3. **DUTIES**

A. RFD-TV Events will be responsible for the following:

i. Prior to the first Qualifying Event, RFD-TV Events shall provide to Patriot a photograph and publicity consent and release form (the "**Publicity Consent Form**") to be completed by all participants, the participants' parents, officials, staff, volunteers, and any person having any interest in any element of the Licensed Events.

ii. RFD-TV Events shall include the Patriot logo on pre-event marketing and promotional print and broadcasting materials for THE AMERICAN, in any and all instances where any other sanctioning body for THE AMERICAN is recognized.

iii. RFD-TV Events shall permit the top two (2) JUNIOR AMERICAN Champions in each event to compete at the Finals of THE AMERICAN Semi-Finals on Friday, March 1, 2018. In the event a JUNIOR AMERICAN Champion advances from THE AMERICAN Semi-Finals to THE AMERICAN Finals, such JUNIOR AMERICAN Champion will be eligible to compete at THE AMERICAN FINALS for the $1 Million side pot.

iv. RFD-TV Events shall provide three (3) tickets to THE AMERICAN to each JUNIOR AMERICAN Champion at no cost to the JUNIOR AMERICAN Champion.

v. RFD-TV Events shall permit each JUNIOR AMERICAN Champion who did not advance from THE AMERICAN Semi-Finals to perform at THE AMERICAN Finals as an exhibition.

vi. RFD-TV Events shall be responsible for presenting gold buckles to JUNIOR AMERICAN Champions on THE AMERICAN stage on March 2, 2018 or March 3, 2018. Patriot shall provide the Gold Buckles to RFD-TV Events, and RFD-TV Events shall reimburse Patriot up to Two Thousand Five Hundred Dollars ($2,500) per buckle for a total cost not to exceed Fifteen Thousand Dollars ($15,000).

2

Copy from re:SearchTX

B.  Patriot will be responsible for the planning, execution, and costs of all Licensed Events. In addition, Patriot will be responsible for the following:

   i.  Prior to the first Qualifying Event, Patriot shall provide to RFD-TV a waiver and release of liability form (collectively, the "**Waiver and Release Form**") to be completed by all participants, the participants' parents, officials, staff, volunteers, and any person having any interest in any element of the Licensed Events. The Waiver and Release Form shall acknowledge that RFD-TV Events is in no way responsible for the Licensed Event and is merely licensing its Trademark to Patriot. RFD-TV Events shall have the right to review and approve the Waiver and Release Form as it relates to this Section.

   ii.  Patriot shall include the THE AMERICAN logo on pre-event marketing and promotional print and broadcasting materials for the Licensed Events.

   iii.  Patriot shall promulgate official rules to be used at each of the Licensed Events and provide such rules to RFD-TV Events for approval in advance of the first Qualifying Event (such rules upon approval by RFD-TV Events, the "**Official Rules**"). Any application to be completed by the participants shall include the Official Rules, the Publicity Consent Form, and the Waiver and Release Form, and shall require such participants' parents' acknowledgment and agreement to the Official Rules, the Publicity Consent Form, and the Waiver and Release Form. In the event that a participant's parent refuses to acknowledge or agree to any of the foregoing, Patriot shall prohibit such person from participating or competing in the Licensed Event.

   iv.  Patriot shall be responsible for all costs of THE JUNIOR AMERICAN, including but not limited to, the cost of any and all payouts and/or prizes to competitors of the Junior American. Patriot shall make any payments to any party or any entity or organization appearing, involved, or having interest in any element of the Licensed Events, and RFD-TV Events shall not be responsible for such payments.

4.  **USE OF TRADEMARKS**

A.  Patriot acknowledges and agrees that RFD-TV Events is and shall be the sole and exclusive owner of all copyright, trademark, trade dress, and any other Intellectual Property rights in and to the Film and THE AMERICAN, THE JUNIOR AMERICAN and associated properties (all of the foregoing collectively, the "**RFD-TV Events Intellectual Property**"). All use of the RFD-TV Events Intellectual Property in connection with the Events and hereunder shall inure solely to the benefit of RFD-TV Events. Apart from its license rights under this Agreement, Patriot acknowledges and agrees that Patriot does not and shall not acquire any rights whatsoever in and to the RFD-TV Events Intellectual Property by virtue of this Agreement or Patriot's performance of any services in connection with the Licensed Events. For purposes of this Agreement, "**Intellectual Property**" means any and all tangible and intangible: (i) rights associated with works of authorship, including copyrights, moral rights, neighboring rights, and derivative works thereof, (ii) trademark and trade name rights, (iii) trade secret rights, (iv) patents, design rights, and other industrial property rights, and, (v) all other intellectual property rights (of every kind and nature however designated) whether arising by operation of law,

3

Copy from re:SearchTX

treaty, contract, license, or otherwise, together with all registrations, initial applications, renewals, extensions, continuations, divisions or reissues thereof.

B. Patriot shall use the Trademark only in the manner of a trademark, and only on or in relation to the Licensed Events or in advertising or promotional material for the Licensed Events.

C. Patriot agrees to promptly give notice to RFD-TV Events of any infringements or suspected or threatened infringements, imitations, illegal use or misuse of the Trademark which come to Patriot's attention. However, patriot shall not at any time take any action in the courts, administrative agencies, or arbitration tribunals to prevent the infringement or imitation, illegal use or misuse of the Trademark, it being clearly understood to Patriot that such action falls wholly within the authority of RFD-TV Events as sole owner of the Trademark. RFD-TV Events may take or may choose not to take all reasonable and appropriate action necessary to prevent infringement, illegal use or misuse of the Trademark as it deems appropriate with no duty of consultation or ratification with or by Patriot.

D. RFD-TV Events will have sole control and will conduct any action(s) as it deems necessary pursuant to Section 4C above. Patriot undertakes fully and without reservation whatsoever to render to RFD-TV Events all assistance in connection with any matter pertaining to the protection of the Trademark, including, but not limited to furnishing documents, records, files and other information, making available its employees, and executing all necessary documents.

E. Upon proof of registration from RFD-TV Events, Patriot agrees to acknowledge RFD-TV Events' ownership of the trademark by affixing the TM registration symbol to the mark and stating: "The Junior American Rodeo is a Registered Trademark used under license from RFD-TV Events, LLC."

5. **BROADCAST RIGHTS**

A. Without limiting RFD-TV Events' other rights hereunder, Patriot acknowledges and agrees that RFD-TV Events may, in RFD-TV Events' sole discretion, photograph, videotape, film, record sound and/or otherwise record scenes of and at the Licensed Events in any format (collectively, the "**Filmmaking/Broadcasting Activities**," and any production, including without limitation, television programming, radio broadcasts, specials, films, documentaries, webisodes, clips or any other forms of media resulting or derived from the Filmmaking/Broadcasting Activities, whether such Filmmaking/Broadcasting Activities occur at the Events or at other locations, the ("**Film**"). Patriot acknowledges and agrees that RFD-TV Events shall have the exclusive, irrevocable, perpetual, worldwide right and license to use, exhibit, broadcast, distribute, syndicate, transmit and otherwise exploit any and all scenes, likenesses, voices, names or performances, whether in whole or in part, which RFD-TV Events records at and of the Licensed Events via the Filmmaking/Broadcasting Activities, in the Film as well as in connection with any and all rights derived therefrom or ancillary thereto and in any manner and media (whether now known or hereinafter invented) RFD-TV Events sees fit, including without limitation in connection with promotion or publicity efforts. Patriot further acknowledges and agrees that RFD-TV Events shall have the right and license to utilize the Patriot Film and Patriot Intellectual Property, and to the extent Patriot has any rights in third party Film in connection

4

Copy from re:SearchTX

with all of the foregoing, the third party Film ("the "**Third Party Film**"). Patriot waives any and all right to inspect or approve the Film or any other recordings made by or on behalf of RFD-TV Events during the course of the Filmmaking/Broadcasting Activities, and waives any and all right to inspect or approve any use of such recordings in the Film or in any other manner. Patriot acknowledges and agrees that all right, title, and interest in all recordings at or of the Licensed Events made by or on behalf of RFD-TV Events as a result of the Filmmaking/Broadcasting Activities and the Film will belong solely and completely to RFD-TV Events, and RFD-TV Events will grant Patriot a license to use such recordings. Patriot also hereby releases RFD-TV Events, its employees and agents and their respective successors from any and all claims Patriot may now or in the future have in connection with the Filmmaking/Broadcasting Activities, the Film, or any other permissions or rights granted herein, including, but not limited to, any claims based on invasion of privacy, publicity or other similar rights, defamation, libel, or slander. For the avoidance of doubt, Patriot acknowledges and agrees that RFD-TV Events is the sole and exclusive owner of the Film and any and all recordings resulting from Filmmaking/Broadcasting Activities of the Licensed Events. Patriot hereby grants all permission necessary for RFD-TV Events to conduct its Filmmaking/Broadcasting Activities and create and own the Film, and Patriot shall execute such further documents reasonably requested by RFD-TV Events to confirm RFD-TV Events' rights as contemplated herein. RFD-TV Events may freely assign, delegate, and license, in whole or in part, any and all of its rights in and to Filmmaking/Broadcasting Activities and the Film.

B. Patriot is and shall be the sole and exclusive owner of the Patriot Film and all copyright, trademark, trade dress, and any other Intellectual Property rights in and to the Patriot brand ("**Patriot Intellectual Property**"). Except as set forth herein, use of Patriot Intellectual Property in connection with the Licensed Events and hereunder shall inure solely to the benefit of Patriot. RFD-TV Events acknowledges and agrees that RFD-TV Events does not and shall not acquire any rights whatsoever in and to the Patriot Intellectual Property by virtue of this Agreement or RFD-TV Events' ownership of or performance of any services in connection with the Events.

C. Patriot hereby grants RFD-TV Events a non-exclusive, irrevocable, perpetual, royalty free license to use the Patriot Film and Patriot Intellectual Property for any reason, commercial or non-commercial, in connection with the Licensed Events and Film, including without limitation, promoting the Licensed Events and Film. To the extent that Patriot has any rights in the Third Party Film, Patriot also grants RFD-TV Events a non-exclusive, irrevocable, perpetual, royalty free license to use Third Party Film for any reason, commercial or non-commercial, in connection with the Licensed Events and Film, including without limitation, promoting the Licensed Events and Film. Patriot hereby represents and warrants that it is the sole owner of the Patriot Intellectual Property and that RFD-TV Events' use of the Patriot Intellectual Property in connection with the Licensed Events and Film shall not violate the rights of any third party.

6. **INDEMNIFICATION AND INSURANCE**

A. Patriot hereby indemnifies and agrees to hold RFD-TV Events harmless against any loss, damage or liability, including any costs, attorneys fees and expenses which arise out of or as a result of any actions, suits, claims or demands which may be brought against RFD-TV Events

5

Copy from re:SearchTX

or suffered by RFD-TV Events, by reason of any Licensed Event produced by Patriot in connection with the rights licensed under this Agreement.

B.  Upon the assertion of any claim against a Party to this Agreement by any third party that may give rise to an obligation of the other Party to this Agreement as an indemnitor, the Party seeking indemnification shall promptly notify the indemnitor of the existence of the claim and give the indemnitor a reasonable opportunity to defend and/or settle the claim at its own expense and with counsel of its own selection. An indemnified party shall fully cooperate, at the indemnitor's expense, with the indemnitor in the defense of the claim. An indemnitor shall not make any settlement of any claims, which imposes any obligation or might give rise to liability of the indemnified party without the prior written consent of the indemnified party.

C.  Patriot agrees to maintain, throughout the Term of this Agreement, comprehensive general liability insurance with coverage including bodily injury, property damage and contractual liability from a carrier reasonably satisfactory to RFD-TV Events, providing coverage in an amount not less than $2,000,000 aggregate and $1,000,000 per occurrence. That policy shall include auto liability insurance covering all owned, non-owned and hired vehicles operated by the Party or its agents or employees with a combined single limit of not less than one million dollars ($1,000,000) per accident. Patriot shall furnish to RFD-TV Events copies of certificates of insurance evidencing the insurance required to be maintained hereunder within 10 days of signing this Agreement and thereafter as requested by RFD-TV Events.   The required insurance policy shall name RFD-TV Events as an additional insured.

7.  **REPRESENTATIONS AND WARRANTIES**

Each Party represents and warrants that each has the authority to enter into and perform their respective obligations set forth in this Agreement. Both Parties represent and warrant that they are duly organized entities and in good standing in their respective states of organization, and that the person executing this Agreement is authorized to execute the same on behalf of their respective Party and bind such Party to this Agreement without the need for any further documentation.  The Parties represent and warrant that compliance with such obligations will not constitute a violation of any existing applicable laws, rules, regulations, or orders of any governmental body or authority or any agreements to which such Party is a party or by which it is otherwise bound.

8.  **DEFAULT AND TERMINATION**

A.  In the event that Patriot shall breach any provision of this Agreement or shall default in the performance of any of its obligations hereunder, RFD-TV Events may, at its option, terminate this Agreement by giving written notice to Patriot specifying the default and its intention to terminate this Agreement, such termination to be effective thirty days following the giving of such notice unless Patriot shall have cured such breach or default prior to the expiration of such period.

B.  If Patriot discontinues use of the Trademark for a period of six (6) consecutive months or more, this Agreement may be terminated upon written notice by RFD-TV Events.

6

Copy from re:SearchTX

C. If RFD-TV Events discontinues THE AMERICAN professional rodeo tour for a period of one year or more, this Agreement may be terminated upon written notice by RFD-TV Events.

D. In the event a change of control of Patriot occurs, RFD-TV Events may terminate this Agreement by giving written notice to Patriot specifying RFD-TV Events' intention to terminate this Agreement, such termination to be effective thirty days following the giving of such notice. "Change of control" means the sale of all or substantially all of the assets of Patriot; any merger, consolidation or acquisition of Patriot with, by or into another corporation, entity, or person; or any change in the ownership of more than fifty percent of the membership interest of Patriot in one or more related transactions.

E. In the event an involuntary petition is filed against a Party and the same is not dismissed within 60 days, or in the event of insolvency, voluntary bankruptcy or receivership of a Party, then the other Party, at its option, may terminate this Agreement effective immediately upon written notice as provided herein.

F. Neither Party shall be considered in default in the performance of its obligations under this Agreement to the extent that performance of its obligations is prevented or delayed by any cause beyond its reasonable control, including, without limitation, acts of nature; acts or omissions of governmental authorities; strikes, lockouts, or other industrial disturbances; acts of public enemy; wars; acts of terrorism; blockades; riots; civil disturbances; epidemics; floods; hurricanes; tornadoes; and any other similar events, acts or omissions beyond the control of the Parties. If such force majeure results in a delay of any term of this Agreement, the date of delivery or performance of any other obligations of RFD-TV Events hereunder shall be extended. The Party invoking force majeure shall give written notice to the other Party of such intervention.

9. **NOTICES**

All notices which either Party is required or may desire to give the other Party hereunder shall be delivered in person or sent by prepaid overnight courier, with a copy by fax or email as provided, using a nationally known courier service providing confirmation of delivery addressed as follows:

*To PATRIOT*:  PO Box 355, Rogersville, MO 65742

*To* RFD-TV Events: 921 Village Square, P.O. Box 866, Gretna, NE 68028

A Party may change the address to which notices to it are to be sent by a notice specifying the new address given to the other Party in accordance with this Section 9. Notices shall be effective as of the date delivered.

10. **ARBITRATION OF DISPUTE; TIME LIMIT TO BRING CLAIM.**

**PATRIOT HEREBY AGREES TO GIVE NOTICE TO RFD-TV EVENTS OF ANY DISPUTE, CLAIM, OR CONTROVERSY ARISING OUT OF OR RELATING TO THIS AGREEMENT, OR THE BREACH, TERMINATION, ENFORCEMENT, INTERPRETATION, OR VALIDITY HEREOF, WITHIN NINETY (90) DAYS OF THE DATE OF THE INCIDENT UPON WHICH SUCH DISPUTE, CLAIM, OR CONTROVERSY**

7

Copy from re:SearchTX

IS BASED. BY FAILURE TO GIVE NOTICE AS HEREIN REQUIRED, PATRIOT FOREVER WAIVES ALL SUCH DISPUTES, CLAIMS, OR CONTROVERSIES. UPON PROPER NOTICE, ANY SUCH DISPUTE, CLAIM, OR CONTROVERSY, INCLUDING A DETERMINATION AS TO THE SCOPE OR APPLICABILITY OF THIS AGREEMENT TO ARBITRATE, SHALL BE BROUGHT WITHIN ONE (1) YEAR OF ITS ACCRUAL (*I.E.*, THE DATE OF ALLEGED INJURY) AND SHALL BE RESOLVED BY SUBMISSION TO ARBITRATION IN THE COUNTY OF DALLAS, STATE OF TEXAS, BEFORE ONE (1) ARBITRATOR WHO SHALL BE A RETIRED JUDGE ADMITTED TO PRACTICE LAW IN THE STATE OF TEXAS. THE ARBITRATION SHALL BE ADMINISTERED BY JAMS, PURSUANT TO ITS COMPREHENSIVE ARBITRATION RULES AND PROCEDURES, AND IN ACCORDANCE WITH THE EXPEDITED PROCEDURES CONTAINED THEREIN. THE ARBITRATOR SHALL FOLLOW ANY APPLICABLE FEDERAL LAW AND TEXAS STATE LAW IN RENDERING AN AWARD. JUDGMENT ON THE AWARD MAY BE ENTERED IN ANY COURT HAVING JURISDICTION OVER THE DISPUTE, CLAIM, OR CONTROVERSY SUBMITTED TO SUCH ARBITRATION. THIS SECTION 10 SHALL NOT PRECLUDE THE PARTIES FROM SEEKING PROVISIONAL REMEDIES IN AID OF ARBITRATION FROM A COURT OF COMPETENT JURISDICTION. FURTHER, THE PARTIES AGREE AND ACKNOWLEDGE THAT THE ARBITRATOR'S DECISION SHALL BE FINAL AND BINDING, TO THE FULLEST EXTENT PERMITTED BY LAW, AND ENFORCEABLE BY ANY COURT HAVING JURISDICTION THEREOF. THE PREVAILING PARTY IN ANY SUCH ARBITRATION SHALL BE ENTITLED TO SUCH PARTY'S REASONABLE ATTORNEYS' FEES INCURRED IN CONNECTION THEREWITH.

## 11. **CONFIDENTIALITY**

During the Term, each Party (the "**Disclosing Party**") may share with the other Party (the "**Receiving Party**"), proprietary and confidential information including, but not limited to, commercial, promotional, and financial information, information about existing and potential partnerships or relationships, and any other information, including but not limited to, budgets, promotional strategies, industry contacts, notes, letters, memoranda, reports, designs, drawings, charts, illustrations, concepts, programs, development materials, pitch materials, products, and outlines (collectively, the "**Confidential Information**"). Confidential Information does not include information that: (a) was generally available to the public prior to the time of such disclosure, or (b) has been given to the Receiving Party prior to such disclosure by the Disclosing Party, as clearly evidenced by the Receiving Party's preexisting written records, by a third party not known by the Receiving Party to be under any obligation of confidentiality to the Disclosing Party with respect thereto. The Receiving Party agrees that the disclosure of this Confidential Information to any third party would cause substantial and potentially incurable harm to the Disclosing Party. The Receiving Party agrees that it shall hold the Confidential Information in strict confidence, shall use it only for purposes of performing the Receiving Party's obligations hereunder, and shall not disclose any of it except as may be required by law; *provided, however*, that in the event of disclosure required by law, the Receiving Party shall provide the Disclosing Party with prior written notice so that the Disclosing Party may seek a protective order or other appropriate remedy, and the Receiving Party shall exercise reasonable efforts to assist the Disclosing Party in obtaining such order or remedy. It is acknowledged and agreed that these confidentiality provisions shall apply to the employees, agents and representatives of both Parties. This Confidentiality provision expressly survives any expiration or sooner termination of this Agreement.

## 12. **MISCELLANEOUS**

8

Copy from re:SearchTX

A. This Agreement constitutes the Parties' entire understanding of the matters set forth herein and supersedes any prior understanding or agreement between the Parties.

B. This Agreement may only be modified in a writing signed by the Parties hereto which writing expressly refers to and states that it modifies this Agreement. The Parties shall execute such further documents and perform such further acts as reasonably necessary to confirm their respective rights and obligations hereunder.

C. No waiver of any breach of this Agreement shall be effective unless made in writing and signed by an authorized representative of the Party to be charged with such a waiver. No waiver of any provision or of any breach of this Agreement shall constitute a waiver of any other provisions or any other or future breach.

D. In the event that any provision of this Agreement shall be held to be illegal or otherwise unenforceable, such provision shall be severed, and the balance of the Agreement shall continue in full force and effect.

E. The headings appearing in this Agreement are inserted only as a matter of convenience and are not to be used in interpreting the Agreement.

F. Each of the Parties hereto agrees that the representations and/or covenants contained in this Agreement are and form a part of the essence of this Agreement; that each representation and/or covenant is reasonable and necessary to protect and preserve the interests, rights and properties of RFD-TV Events; and that irreparable injury, loss and damage will be suffered by RFD-TV Events should Patriot breach any representation and/or covenant. Therefore, each Party specifically agrees, consents and waives objection(s), that, in addition to all the remedies provided at law and/or in equity, each Party shall be entitled to an immediate temporary restraining order and/or temporary, preliminary and/or permanent injunctions to prevent a breach, contemplated breach or continuing breach, without bond or proof of damages, of any of the representations and/or covenants. The existence of any claim, demand, action or causes of action of any nature of any Party against the other shall not constitute a defense to the enforcement by the other Party of any of the representations and/or covenants and/or agreements herein.

G. In exchange for the promises contained herein and the business opportunities provided to Patriot by RFD-TV Events, Patriot agrees that during the Term of this Agreement and for a period of one year after the expiration or termination of this Agreement or any renewal hereof: (i) Patriot or any entities or individuals associated with Patriot may not, directly or indirectly, induce any person who is or at any time during this Agreement was an employee of RFD-TV Events (and to whom Patriot was introduced or of whom Patriot learned of in the course of this Agreement) to terminate his or her employment with RFD-TV Events; and (ii) Patriot may not, directly or indirectly, hire, interview, retain, or solicit any person who is or at any time during this Agreement was an employee of RFD-TV Events (and to whom Patriot was introduced or of whom Patriot learned of in the course of this Agreement), to work for or with Patriot or any entity or individuals with which Patriot is associated. The Parties agree that the remedies at law for breach of any of the provisions contained in Sections 12 and 13.G of this Agreement may be inadequate and in recognition thereof, the Parties agree that in addition to

9

Copy from re:SearchTX

any other remedy that may be available under the terms of this Agreement or at law or in equity, each Party shall be entitled to injunctive relief to enforce Sections 12 and 13.G of this Agreement and Patriot hereby consents to the issuance of such injunction.

H.   In exchange for the promises contained herein and the business opportunities provided to RFD-TV Events by Patriot, RFD-TV Events agrees that during the Term of this Agreement and for a period of one year after the expiration or termination of this Agreement or any renewal hereof:  (i) RFD-TV Events or any entities or individuals associated with RFD-TV Events may not, directly or indirectly, induce any person who is or at any time during this Agreement was an employee of Patriot (and to whom RFD-TV Events was introduced or of whom RFD-TV Events learned of in the course of this Agreement) to terminate his or her employment with Patriot; and (ii) RFD-TV Events may not, directly or indirectly, hire, interview, retain, or solicit any person who is or at any time during this Agreement was an employee of Patriot (and to whom RFD-TV Events was introduced or of whom RFD-TV Events learned of in the course of this Agreement), to work for or with RFD-TV Events or any entity or individuals with which RFD-TV Events is associated.  The Parties agrees that the remedies at law for breach of any of the provisions contained in Sections 12 and 13.G of this Agreement may be inadequate and in recognition thereof, the Parties agree that in addition to any other remedy that may be available under the terms of this Agreement or at law or in equity, each Party shall be entitled to injunctive relief to enforce Sections 12 and 13.G of this Agreement and RFD-TV Events hereby consents to the issuance of such injunction.

I.   Patriot shall not assign, transfer, or sublicense this Agreement without RFD-TV Events' prior written consent.  RFD-TV Events may freely assign this Agreement, in whole or in part.  Any assignment, transfer, or sublicense in violation of the preceding sentence shall be null and void and any attempt by Patriot to assign and transfer or sublicense its rights shall result in immediate termination of this Agreement. This Agreement shall be binding upon and shall inure to the benefit of each Party's successors and permitted assigns.

J.   Each Party shall be considered an independent contractor, and nothing contained herein shall be construed to create a partnership or joint venture between RFD-TV Events and Patriot. Patriot shall not represent itself as the agent or legal representative of RFD-TV Events for any purpose whatsoever. Neither Party shall have the right, power or authority to obligate or bind the other in any manner whatsoever.

K.   This Agreement may be executed in counterparts, each of which shall be deemed an original for all purposes, and when taken together shall constitute one and the same instrument. Signatures transmitted by facsimile, PDF or electronic mail shall be deemed acceptable as originals.

10

ACCEPTED AND AGREED TO:

**PATRIOT**, a Missouri limited liability company

**RFD-TV EVENTS, LLC**, a Nebraska limited liability company

By: Kevin Hall
Its: President

By: Patrick Gottsch
Its: President & CEO

11

Copy from re:SearchTX

Jr American Rodeo

February 26 - March 6, 2021 - Fort Worth, TX

Membership ⌄    Events ⌄    Calendar of Events ⌄    Results ⌄    Information ⌄

Over                Paid Out at 2020 Finals

40    13    32    47
Days  Hours  Minutes  Seconds

UNTIL JR AMERICAN RODEO FINALS

Copy from re:SearchTX



Copy from re:SearchTX



## Upcoming Qualifiers:

| | | | | |
|---|---|---|---|---|
| 01/23/2021 - 01/24/2021 | Team Roping, Calf Roping, Breakaway, Goats | Jr American Wyoming Qualifier | Cheyenne, WY | View Details |
| 01/30/2021 - 01/30/2021 | Team Roping | JR American Team Roping Qualifier | Sulfur, LA | View Details |
| 02/12/2021 - 02/14/2021 | Team Roping, Calf Roping, Breakaway, Steer Wrestling, Goats | North Carolina High School and Jr High Association | Fletcher, NC | View Details |
| 02/12/2021 - 02/13/2021 | Team Roping, Calf Roping, Breakaway, Steer Wrestling, Poles, Goats | YRA JR AMERICAN | GIDDINGS, TX | View Details |
| 02/13/2021 - 02/13/2021 | Calf Roping, Breakaway | JR American Qualifier | PINE BLUFFS, WY | View Details |








TEAM ROPING    STEER WRESTLING    BARREL RACING    CALF ROPING    POLES / GOATS    ROUGH STOCK

Copy from re:SearchTX



For Immediate
release

**Date: 11/10/20**

# JR AMERICAN RODEO
# GUARANTEES $500,000

### America's Richest Youth Rodeo

**Fort Worth, Texas—** Today, The Patriot Events, LLC announced a minimum guaranteed payout of half a million dollars at the Jr American Rodeo, making it the largest guaranteed payout in youth rodeo history.

"We are extremely excited to raise the bar in the sport of youth rodeo," said Andrea Hall, producer at The Patriot Events, LLC. "It has never been done before and our payout this year will far exceed anything we've ever seen."

With over 1,400 members already in the 2020-21 qualifying season, the Jr American is off to its largest accumulation of contestants, with an expected 1,800 contestants to takeover Cowtown March 2-6, 2021.

"If you couple this, with the already astonishing number of contestants competing at the Patriot Event and RFDTV's American Rodeo, Fort Worth has emerged as the largest western platform for rodeo events in the country," said Hall.

###

### About the Jr American:

The Jr American was founded in 2018 by the owners of Patriot Events, holding its first finale in February 2019 at Will Rogers Coliseum in Fort Worth, TX. Jr American Producers from all over the country run qualifying events to bring together the most talented athletes to compete at the World's Richest and Toughest Youth Event each March.

Since launching in January of 2018, the Jr American has awarded nearly $2,000,000 in new money to America's youth rodeo athletes. Athletes may follow the qualification schedule, event information and membership info at www.jramericanrodeo.com.

The Patriot Event and Jr American Rodeo are registered trademarks of The Patriot Events, LLC a in the United States and/or other countries.

*Stone Schober: Public*
*Relationsjramericanrodeo@gmail.com*

Copy from re:SearchTX

# Exhibit N

Copy from re:SearchTX



February 3, 2021

The Patriot Event LLC
PO Box 355
Rogersville, MO 65742
via email to americanpatriotevent@gmail.com

Re: Willful Infringement of RFD-TV Events, LLC's Mark "Junior American"

Kevin & Andrea:

As discussed on our phone call on January 28th, I am writing you regarding your continued infringement of our trademark "Junior American." Our attention was recently directed to your website, located at americanpatriotevent.com/jr-american-rodeo, wherein it is clear that have adopted the name "Junior American" in connection with your youth rodeo event. In accordance with the Trademark License and Operating Agreement signed September 2018 (the "**Trademark License Agreement**"), your license to use such name terminated after the completion of THE AMERICAN Finals on March 8, 2020.

As you are well aware, the Trademark License Agreement clearly and unambiguously identifies the "Junior American" as the Intellectual Property of RFD-TV Events, LLC. Section 4 states "Patriot acknowledges and agrees that RFD-TV Events is and shall be the sole and exclusive owner of all copyright, trademark, trade dress, and any other Intellectual Property rights in and to the Film and THE AMERICAN, THE JUNIOR AMERICAN and associated properties (all of the foregoing collectively, the "RFD-TV Events Intellectual Property"). All use of the RFD-TV Events Intellectual Property in connection with the Events hereunder shall inure solely to the benefit of RFD-TV Events. Apart from its license rights under this Agreement, Patriot acknowledges and agrees that patriot does not and shall not acquire any rights whatsoever in and to the RFD-TV Events Intellectual Property by virtue of this Agreement or Patriot's performance of any services in connection with the Licensed Events."

We are greatly concerned by your use of our mark "The Junior American". Consumers are likely to erroneously assume that your company is somehow affiliated with or sponsored by RFD-TV's The American Rodeo. In fact, you admitted on our phone call that the intent behind hosting the youth event during The American Rodeo Semi-Finals in Ft. Worth, Texas was to connect your event to RFD-TV's event, capitalizing on the millions of dollars we have spent on marketing The American Rodeo to the country. We view this mark as a valuable asset and will protect it to the fullest extent allowable by law. **While we are prepared to take aggressive action in connection with your unauthorized use of The Junior American Mark, we are writing in an effort to first resolve this matter amicably.** Therefore, we seek your assurances that you will:

---

  

RURAL MEDIA GROUP • 17445 Arbor St • Suite 300 • Omaha, NE 68130 • 402.289.2085
RFD-TV • 49 Music Square West Suite 301 • Nashville, TN 37203 • 615.227.9292
THE COWBOY CHANNEL • 130 E. Exchange Ave • Fort Worth, TX 76164 • 817.989.2727

Copy from re:SearchTX



1. Immediately cease and desist from using "Junior American", or anything confusingly similar thereto, as a trademark, service mark or trade name in connection with the youth rodeo event;

2. Fully cooperate in arranging for the assignment of any registration in and to the name Junior American to RFD-TV Events LLC.

Should you fail to respond to this letter and extend your cooperation by complying with the requests outlined above within ten (10) days after your receipt hereof, we will take action with respect to your unauthorized use without further notice to you. This may include the filing of an action against you for injunctive relief, money damages, costs and attorneys' fees under 15 U.S.C. 1116, 1117.

Sincerely,

Gatsby Gottsch Solheim





RURAL MEDIA GROUP • 17445 Arbor St • Suite 300 • Omaha, NE 68130 • 402.289.2085
RFD-TV • 49 Music Square West Suite 301 • Nashville, TN 37203 • 615.227.9292
THE COWBOY CHANNEL • 130 E. Exchange Ave • Fort Worth, TX 76164 • 817.989.2727

Copy from re:SearchTX